| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (If Individual, enter Last, First, Middle):<br>**Persik Productions, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Fka Bob Yari Productions | All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):95-4093190 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>10850 Wilshire Blvd., 6th Fl.<br>Los Angeles, CA<br><br>Zip Code 90024 | Street Address of Debtor (No. & Street, City, State, & Zip Code):<br><br>Zip Code |
| County of Residence or of the<br>Principal Place of Business:    Los Angeles | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>Zip Code | Mailing Address of Debtor (if different from street address):<br><br>Zip Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>The Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (included Joint Debtors)<br>*See Exhibit D on page 2 of this form*<br>☒ Corporation (included LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entitled, check this box and provide the information requested below.)<br><br>State type of entity: _____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ other<br><br>**Tax-Exempt Entity**<br>(Check one box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b) |

| Statistical/Administrative Information | **THIS SPACE FOR COURT USE ONLY** |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number
Of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 Million | $10,000,001-$50 million | $50,000,001-$100 Million | $100,000,001-$500 Million | $500,000,001-$1 Billion | More $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 Million | $10,000,001-$50 million | $50,000,001-$100 Million | $100,000,001-$500 Million | $500,000,001-$1 Billion | More $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Form B1 (Official Form 1) Page 2 (4/08) | | |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>Persik Productions, Inc. | FORM B1, Page 2 |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: (1) **Yari Film Group, LLC; and**<br>(2)**Yari Film Group Releasing, LLC** | Case Number: 2:08-20830 BR<br>2:08-32208 BR | Date Filed: July 18, 2008<br>December 18, 2008 |
|---|---|---|
| District:<br>**Central District of California** | Relationship:<br>**Affiliates** | Judge:<br>**Barry Russell** |

| Exhibit "A" | Exhibit "B" |
|---|---|
| (To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or (15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b)<br><br>X _____   _____<br>   Signature of Attorney for Debtor(s)        Date |

| Exhibit C | Exhibit D |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit "C" is attached and made a part of this petition<br>☒ No. | (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

Check all applicable boxes

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certified that he/she has served the Landlord with this certification.  (11 U.S.C. §362(1).

MAINDOCS-#137944-v1-PersikChapter11Petition.DOC

Form B1 (Official Form 1) Page 3 - (1/08)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):                  **FORM B1,Page 3**<br>**Persik Productions, Inc.** |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative of a Recognized Foreign Proceedings** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.<br><br>X _____<br>  (Signature of Debtor)<br><br>_____<br>  (Signature of Joint Debtor)<br><br>_____<br>Telephone and Fax Number (If not represented by attorney)<br>Date: _____ | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check one box)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition is attached<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>_____<br>  (Printed Name of Foreign Representative)<br><br>_____<br>  (Date) |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>Robert E. Opera<br>Printed Name of Attorney for Debtor<br>Winthrop Couchot Professional Corporation<br>Firm Name<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA 92660<br><br>Telephone: 949-720-4100<br><br>Date: January 14, 2010      Bar No. 101182 | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Authorized Individual<br>Dennis Steven Brown<br>Printed Name of Authorized Individual<br>Chief Financial Officer<br>Title of Authorized Individual<br>Date: January 14, 2010 | Address<br>_____<br><br>_____<br><br>X _____<br><br>  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.* |

**United States Bankruptcy Court**

**Central District of California**

In re :

Case No.

Debtor

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Dennis Brown, the Chief Financial Officer of Persik Productions, Inc., the Debtor named herein and that on January 12, 2010 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Dennis Brown, the Chief Financial Officer of Persik Productions, Inc., is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of Persik Productions, Inc.; and

Be It Further Resolved, that Dennis Brown, the Chief Financial Officer of Persik Productions, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Dennis Brown, the Chief Financial Officer of Persik Productions, Inc., is authorized and directed to employ the law firm of Winthrop Couchot Professional Corporation to represent the Debtor in such bankruptcy case."

Executed on: JANUARY 13 , 2010

Signed: _____

**Dennis Brown, Chief Financial Officer**
**Name and Title**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert E. Opera – State Bar No. 101182<br>**WINTHROP COUCHOT PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100/Facsimile:  (949)720-4111<br><br>☒ *Attorney for:Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>Persik Productions, Inc.<br><br><div align="right">Debtor.(s).</div> | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

<div align="center">

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

</div>

☒  Petition, statement of affairs, schedules or lists      Dated Filed: concurrently
☒  Amendments to the petition, statement of affairs, schedules or lists  Dated Filed: _____
☒  Other: _____       Dated Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY**

  I , the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____   January 14, 2010
*Signature of Authorized Signatory of Filing  Party*   Date

Dennis Steven Brown_____
*Printed Name of Authorized Signature of Filing Party*

Chief Financial Officer_____
*Title of Authorized Signature of Filing Party*


**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

  I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____   January 14, 2010
*Signature of Attorney for Filing  Party*     Date
Robert E. Opera_____
*Printed Name of Attorney for Filing Party*

---

<div align="center">

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

</div>

*November 2006*

<div align="right">

MAINDOCS-#137947-v1-PersikDecElectronicFiling

</div>

Form B4 (Official Form 4)(10/05)                                    2005 USBC, Central District of California

| United States Bankruptcy Court |
| Central District of California |

| In re : Persik Productions, Inc. | Case No. |
| Debtor | Chapter  11 |

# Form 4.
# List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with
Fed.R.Bankr.P. 1007(d) for filing of this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the
definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured
deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the
20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. §112;
Fed.R.Bankr.P. 1007(m).

| (1)<br>Name of creditor<br>and complete<br>mailing address<br>including zip code | (2)<br>Name, telephone number and<br>complete mailing address, including<br>zip code, of employee, agent, or<br>dept. of creditor familiar with claim<br>who may be contacted | (3)<br>Nature of claim (trade<br>debt, bank loan,<br>government contract,<br>etc.) | (4)<br>Indicate if claim is<br>contingent,<br>unliquidated,<br>disputed or subject<br>to setoff | (5)<br>Amount of claim [if<br>secured also state<br>value of security] |
|---|---|---|---|---|
| Equity Pictures Medienfonds GmbH<br>& Co. KG II<br>Attn:  Florian Lechner<br>HRB Munchen 163539<br>Zillertalstr. 49 Germany | Telephone:<br>011-49-172-8335026 | | Disputed | $7,625,640.00 |
| James Robb<br>25 Mattben Drive<br>Warren, NJ 07059 | Telephone: | | Disputed | 3,000,000.00 |
| MHF Zweite Academy Film GmbH<br>@ Co. KG<br>Attn:  Wolfgang Schamburg<br>Kolosseum Strasse 1<br>Munchen 80469 Germany | Telephone:<br>011-496-921087130 | | Disputed | 3,174,012.00 |
| ApolloProScreen GmbH and Co.<br>Filmproduktion KG<br>Attn:  Jorg Westercamp<br>Alte Landstrasse 25<br>85521 Ottobrunn Germany | Telephone:<br>011-490-895506670 | | | 2,047,500.00 |
| Harvadania Corp<br>c/o Gregory Bodell<br>Kozberg & Bodell, LLP<br>1800 Century Park E, 8th Fl<br>Los Angeles, CA 90067 | Telephone:<br>310-553-1333 | | Disputed | 1,600,000.00 |
| Contagious Entertainment, LLC<br>Attn:  Managing Member<br>Law Offices of Robert A. Kahn<br>5550 Topanga Cyn Blvd., #200<br>Woodland Hills, CA 91367 | Telephone: | | Disputed and<br>subject to setoff | 1,570,000.00 |

| (1)<br><br>Name of creditor<br>and complete<br>mailing address<br>including zip code | (2)<br><br>Name, telephone number and<br>complete mailing address, including<br>zip code, of employee, agent, or<br>dept. of creditor familiar with claim<br>who may be contacted | (3)<br><br>Nature of claim (trade<br>debt, bank loan,<br>government contract,<br>etc.) | (4)<br><br>Indicate if claim is<br>contingent,<br>unliquidated,<br>disputed or subject<br>to setoff | (5)<br><br>Amount of claim [if<br>secured also state<br>value of security] |
|---|---|---|---|---|
| NTN, Inc. /Edward Norton<br>c/o Robert Offer<br>9601 Wilshire Blvd, #500<br>Beverly Hills, CA 90210 | Telephone: | | | 500,000.00 |
| Palatine Hills/Paul Giamatti<br>c/o Robert Offer<br>9601 Wilshire Blvd, #500<br>Beverly Hills, CA 90210 | Telephone: | | | 300,000.00 |
| Holland + Knight LLP<br>Attn:  Corporate Officer<br>131 South Dearborn<br>Chicago, IL 60603 | Telephone:<br>(312) 263-3600 | | Disputed | 208,165.24 |
| Michael London Prod Inc<br>Atn M London-Endeavor Agency<br>9601 Wilshire Blvd, 3rd Fl<br>Beverly Hills, CA 90210 | Telephone: | | | 150,000.00 |
| Nixon Peabody, LLP<br>Attn:  Alison D'Angelo<br>100 Summer Street<br>Boston, MA 02110 | Telephone:<br>(617) 345-1144 | | Disputed | 123,066.56 |
| Bananafish Filmworks, Inc<br>Attn:  B Koppleman-Endeavor<br>Agency<br>9601 Wilshire Blvd, 3rd Fl<br>Beverly Hills, CA 90210 | Telephone: | | | 73,000.00 |
| Levien Works, Inc.<br>Attn:  David Levien-Endeavor<br>Agency<br>9601 Wilshire Blvd, 3rd Fl<br>Beverly Hills, CA 90210 | Telephone: | | | 73,000.00 |
| Spillane Shaeffer Aronoff Bandlow<br>LLP<br>Attn:  Managing Partner<br>1880 Century Park E, #1004<br>Los Angeles, CA 90067 | Telephone: | | Disputed | 28,001.86 |
| Levine, Sullivan, Koch & Schulz,<br>LLP<br>Attn:  Managing Partner<br>230 Park Ave, #1160<br>New York, NY 10169 | Telephone:<br>(212) 850-6100 | | Disputed | 25,549.75 |

MAINDOCS-#137948-v1-Persik20Largest DOC

| (1)<br>Name of creditor<br>and complete<br>mailing address<br>including zip code | (2)<br>Name, telephone number and<br>complete mailing address, including<br>zip code, of employee, agent, or<br>dept. of creditor familiar with claim<br>who may be contacted | (3)<br>Nature of claim (trade<br>debt, bank loan,<br>government contract,<br>etc.) | (4)<br>Indicate if claim is<br>contingent,<br>unliquidated,<br>disputed or subject<br>to setoff | (5)<br>Amount of claim [if<br>secured also state<br>value of security] |
|---|---|---|---|---|
| Heenan Blaikie LLP<br>Attn:  Managing Partner<br>1055 W Hastings St., #2200<br>Vancouver BC V6E 2E9 | Telephone:<br>(604) 891-1156 | | Disputed | 25,383.67 |
| Winstead Sechrest & Minick P.C.<br>Attn:  Corporate Officer<br>108 West Front Street<br>DeKalb, TX 75559 | Telephone:<br>(214) 745-5400 | | Disputed | 23,535.67 |
| Thomson CompuMark<br>Attn:  Corporate Officer<br>P.O. Box 71892<br>Chicago, IL 60694-1892 | Telephone:<br>(800) 692-8833 | | Disputed | 17,996.70 |
| Canipre<br>Attn:  Corporate Officer<br>2813 Bethel Road<br>New Hamburg, ON N3A2X9 | Telephone:<br>(519) 465-2656 | | Disputed | 16,654.20 |
| Chubb Insurance Company of Canada<br>Attn:  Corporate Officer<br>1 Financial Pl/1 Adelaide St E<br>Toronto, ON M5C 2V9 | Telephone:<br>(416) 863-0550 | | Disputed | 10,000.00 |

I Dennis Steven Brown, the Chief Financial Officer of Persik Productions, Inc. the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: January 14, 2010

_____

Dennis Steven Brown, Chief Financial Officer
Debtor's Signature and Title

MAINDOCS-#137948-v1-Persik20Largest

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Yari Firm Group, LLC – Case No. 2:08-20830 BR, filed July 18, 2008**
    **Yari Film Group Releasing, LLC – Case No. 2:08-32208 BR, filed December 19, 2008**

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Not Applicable**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Yari Firm Group, LLC – Case No. 2:08-20830 BR, filed July 18, 2008**
    **Yari Film Group Releasing, LLC – Case No. 2:08-32208 BR, filed December 19, 2008**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Not Applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Newport Beach_____ , California

Dated ___January 14, 2010_____

By:  Dennis Steven Brown, Chief Financial Officer
Of Persik Productions, Inc.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

**F 1015-2.1**
MAINDOCS-#137904-v1-PersikStmtRelatedCases

Verification of Creditor Mailing List - (Rev. 10/05)                                    Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     Robert E. Opera – State Bar No. 101182
         Winthrop Couchot Professional Corporation

Address     660 Newport Center Dr., 4th Fl.
         Newport Beach, CA 92660

Telephone    949-720-4100

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. |
|---|---|
| **Persik Productions, Inc.** | Chapter 11 |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: __January 14, 2010__

_____
Persik Productions, Inc.
By: Dennis Steven Brown,
Chief Financial Officer
Debtor

MAINDOCS-#137952-v1-PersikVeriMML_Petition

Persik Productions, Inc.
Attn: Dennis S. Brown, CFO
10850 Wilshire Blvd, 6th Fl
Los Angeles, CA 90024


Winthrop Couchot Prof Corp
Attn:  Robert E. Opera, Esq.
660 Newport Center Dr., #400
Newport Beach, CA 92660


Office of the U.S. Trustee
725 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017

Alliance Atlantis Releasing Ltd., dba Momentum
Attn: Authorized Agent
20 Soho Square
London, GB W1D 3QW


ApolloProScreen/Co Filmprod KG
Attn: Jorg Westercamp
Alte Landstrasse 25
85521 Ottobrunn Germany


ApolloProScreen/Co Filmprod KG
Attn: Peter J. Anderson, Esq.
100 Wilshire Blvd., #2010
Santa Monica, CA 90401


Bananafish Filmworks, Inc
Atn B Koppleman-Endvr Agcy
9601 Wilshire Blvd, 3rd Fl
Beverly Hills, CA 90210


Bank Leumi USA
Attn: Authorized Agent
8383 Wilshire Blvd., #400
Beverly Hills, CA 90211-2400


Barkley Court Reporters
Attn: Corporate Officer
File No 50217
Los Angeles, CA 90074

Baseline, Inc.
Attn:  Corporate Officer
File 50748
Los Angeles, CA 90074-0748


Baute & Tidus
Attn:  Corporate Officer
801 S. Figueroa St., #1100
Los Angeles, CA 90017


Canipre
Attn:  Corporate Officer
2813 Bethel Road
New Hamburg, ON N3A2X9


Cathy Schulman, et al.
Attn:  RD Dal Soglio/Dal Soglio-Martens
2250 E. Imperial Hwy, #200
Los Angeles, CA 90045


Chubb Insurance Co of Canada
Attn:  Corporate Officer
1 Financial Pl/1 Adelaide St E
Toronto, ON M5C 2V9


City of Los Angeles Ofc Fin
Attn:  Authorized Agent
P.O. Box 53233
Los Angeles, CA 90053-0233

Contagious Entertainment
c/o Law Offices of Robert A. Kahn
5550 Topanga Cyn Blvd., #200
Woodland Hills, CA 91367


Contagious Entertainment
Attn:  Ted Liebowitz
110 Anchorage Road
Hewlett, NY 11557


Corporation Service Company
Attn:  Corporate Officer
P.O. Box 13397
Philadelphia, PA 13101-3397


D.R. Reiff & Associates
Attn:  Corporate Officer
320 West 57th Street
New York, NY 10019


Daniel Keston
16907 Dulce Ynez Lane
Pacific Palisades, CA 90272


Directors Guild of America, Inc.
Attn:  Corporate Officer
7920 W. Sunset Blvd.,
Los Angeles, CA 90046-3304

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826876
Sacramento, CA 94280-0001


Equity Pictures Medien/Co KG II
Attn: Florian Lechner
HRB Munchen 163539
Zillertalstr. 49 Germany


F.A.W. Pictures Inc.
Attn: Corporate Officer
116 Pinehurst Ave/ H64
New York, NY 10033


Fleetwood Limousine, Ltd
Attn: Managing Partner
5839 Green Valley Cir, #102
Culver City, CA 90230


Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


Genga & Associates
Attn: Corporate Officer
15260 Ventura Blvd., #1810
Sherman Oaks, CA 91403

Grosvenor Park Investors, LLC
Attn:  Managing Member
2029 Century Park East, #1800
Los Angeles, CA 90067-3004


Harvadania Corp c/o G Bodell
Kozberg & Bodell, LLP
1800 Century Park E, 8th Fl
Los Angeles, CA 90067


Heenan Blaikie LLP
Attn:  Managing Partner
1055 W Hastings St., #2200
Vancouver BC V6E 2E9


Holland + Knight LLP
Attn:  Corporate Officer
131 South Dearborn
Chicago, IL 60603


ICB Entertainment Fin/Imperial Cap. Bank
Attn:  Authorized Agent
1840 Century Park East, 10th Fl.
Los Angeles, CA 90067-2101


Internal Revenue Service
Special Procedures/Bankr
PO Box 1431
Los Angeles, CA 90053

Jacobson Russell, et al.
Attn: JP Friedman/JP Friedman Asc
9903 Santa Monica, Blvd.
Beverly Hills, CA 90212-1606


James Robb
25 Mattben Drive
Warren, NJ 07059


James Robb
Attn: MT Anderson/Loeb & Loeb
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067-4120


Jason Byers
332 Bleecker St. #K46
New York, NY 10014


Katy Garfield
30 Bergen Street #3
Brooklyn, NY 11201


Levien Works, Inc.
Atn D Levien-Endvr Agcy
9601 Wilshire Blvd, 3rd Fl
Beverly Hills, CA 90210

Levine Sullivan et al LLP
Attn:  Managing Partner
230 Park Ave, #1160
New York, NY 10169


Los Angeles Cnty Tax Coll
225 North Hill Street
Los Angeles, CA 90012


Los Angeles County Assessor
500 W. Temple Street, Rm 320
Los Angeles, CA 90012


Martin Norseman
Attn:  JR Matheny/Muse Matheny
9440 Santa Monica Blvd., #515
Beverly Hills, CA 90210


MHF Zweite Acad Film/Co KG
Attn:  Wolfgang Schamburg
Kolosseum Strasse 1
Munchen 80469 Germany


Michael London Prod Inc
Atn M London-Endeavor Agcy
9601 Wilshire Blvd, 3rd Fl
Beverly Hills, CA 90210

Momentum/Aurum/MPD
Attn:  BE Van Dalsem/Quinn et al
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017-2543 ·


Nixon Peabody, LLP
Attn:  Alison D'Angelo
100 Summer Street
Boston, MA 02110


NTN, Inc./Edward Norton
c/o Robert Offer
9601 Wilshire Blvd, #500
Beverly Hills, CA 90210


Palatine Hills/Paul Giamatti
c/o Robert Offer
9601 Wilshire Blvd, #500
Beverly Hills, CA 90210


Paul Haggis, et al
Attn:  RL Charnley/Ropers et al
515 S. Flower St., #1100
Los Angeles, CA 90071


Proskauer Rose LLP
Attn:  Managing Partner
2049 Century Park East, Ste 3200
Los Angeles, CA 90067-3206

Rogue Pictures/Focus Features LLC
Attn:  Managing Member
100 Universal City Plaza, Bldg 9128
Universal City, CA 92608-1002


Screen Actors Guild
Attn:  Authorized Agent
7065 Hollywood Blvd.
Los Angeles, CA 90028-6041


Spillane Shaeffer et al
Attn:  Managing Partner
1880 Century Park E, #1004
Los Angeles, CA 90067


State Board of Equalization
450 N Street
PO Box 94287
Sacramento, CA 94279-0001


The Penstock Group
Attn:  Corporate Officer
1433 Merrifield Lane
Marietta, GA 30062


Thomson CompuMark
Attn:  Corporate Officer
P.O. Box 71892
Chicago, IL 60694-1892

Union Bank of California, NA
Attn:  Authorized Agent
111 Old Eagle School Rd.
Wayne, PA 19087


United Talent Agency
Atn BJ Freedman/Freedman Taitelman
1901 Avenue of the Stars, #500
Los Angeles, CA 90067


Warner Brothers Entertainment, Inc.
Attn:  Corporate Officer
4000 Warner Blvd
Burbank, CA 91522-0001


Warner Independent Pictures, Inc.
Attn:  Corporate Officer
4000 Warner Blvd., Bldg 76
Burbank, CA 91522-0001


Warner Specialty Films, Inc.
4000 Warner Blvd.
Burbank, CA 91522-0001


Winstead Sechrest et al
Attn:  Corporate Officer
108 West Front Street
DeKalb, TX 75559

Worldwide SPE Acquisitions, Inc.
Attn:  Corporate Officer
10202 Washington Blvd.
Culver City, CA 90232-3119


Zcleve
Attn:  Corporate Officer
512 Muskingum Place
Pacific Palisades, CA 90272