# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

<u>In re:  Persik Productions, Inc.</u>                    <u>Case No. 2:10-bk-12122 BR</u>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bank. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment..

*"Insider."*  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.    Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,402,400.48 | Proceeds received directly from production subsidiaries for calendar year ended 2009 |
| $5,068,545.20 | Proceeds received directly from production subsidiaries for calendar year ended  2008 |
| $1,100,000.00 | Producer Fees for calendar year ended 2008 |
|  |  |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature _____
                                   of Debtor

Date _____    Signature _____
                                   of Joint Debtor
                                   (if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date February 22, 2010    Signature _____
                          Dennis Brown, Chief Financial Officer
                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

..............................................................................................................................

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

MAINDOCS-#140780-v1-PersikStmtOfaffairs.DOC

**2.    Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
|  |  |

**3.    Payments to creditors**

*Complete a, or b, as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts, to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |
| See Attachment |  |  |  |
|  |  |  |  |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |
| See Attachment |  |  |  |
|  |  |  |  |

MAINDOCS-#140780-v1-PersikStmtOfaffairs.DOC

**Persik Productions, Inc.**                                              **Case #: 2:10-bk-12112 BR**
**Supplement to Statement of Financial Affairs, #19a**

**19.a.**  **List of Bookkeepers and accountants within two years**

| | Beginning | Ending |
|---|---|---|
| Dennis Brown | 1/1/2005 | Current |
| Chris Hess | 7/25/2005 | Current |
| Jeff Mitchell | 8/24/2006 | Current |
| Cindy Brown | 1/5/2005 | Current |
| Bryan Humpherys | 7/30/2007 | 12/18/2009 |
| Noel Poole | 7/16/2007 | 12/12/2008 |
| Peter Gaugler | 3/7/2007 | 12/12/2008 |
| Thomas Greissler | 3/5/2007 | 12/17/2008 |
| Michael Chang | 7/9/2007 | 10/24/2008 |
| Bernd Stephan | 1/1/2005 | 6/27/2007 |
| Jane Kim | 11/11/2005 | 11/23/2007 |
| Renato Tomacruz | 4/17/2006 | 3/16/2007 |

**4.**    **Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
|  |  |  |  |
| See Attached |  |  |  |
|  |  |  |  |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint, petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
|  |  |  |
| Included in Attachment to 4a above |  |  |
|  |  |  |

**5.**    **Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
|  |  |  |

**6.**    **Repossessions, foreclosures and returns**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
|  |  |  |
|  |  |  |

**Persik Productions, Inc.**
**Supplement to Statement of Financial Affairs, #18**

### 18. Nature, location and name of business

| Business Entity | EIN | Subsidiary Members other than Debtor | Ownership Interest | Nature of Business | |
|---|---|---|---|---|---|
| 50 Mice Distribution, LLC | 20-8602742 | | 100% | Film Production | Inactive |
| Accidental Husband Intermediary, Inc. | 20-5322196 | | 100% | Film Production and Distribution | Still Active |
| Addicted Distribution, LLC | 20-1398344 | | 100% | Film Production and Distribution | Still Active |
| Addicted Productions, Inc. | BC0765849 | | 100% | Film Production | Still Active |
| Andromeda Productions | 20-8602704 | | 100% | Film Production | Still Active |
| Block Party Productions, LLC | 20-1432306 | | 100% | Film Production and Distribution | Still Active |
| Bob Yari Films, LLC | 20-0223976 | | 100% | Film Production | Still Active |
| Bob Yari International, LLC | 20-0112248 | | 100% | Film Production | Still Active |
| Bob Yari Music, LLC | 20-1398214 | | 100% | Music Distribution | Still Active |
| Bobby Long, LLC | 20-0124163 | | 100% | Film Production | Still Active |
| BYP Acquisition Company, LLC | 20-0104049 | | 100% | Film Production | Still Active |
| BYP Music, LLC | 20-1398304 | | 100% | Music Distribution | Still Active |
| Chumscrubber Distribution, LLC | 20-0520879 | BYF | 100% | Film Production and Distribution | Still Active |
| Chumscrubber Funding, LLC | 43-2038173 | BYF | 100% | Film Production | Inactive |
| Chumscrubber Productions, LLC | 20-0520683 | BYF | 100% | Film Production | Inactive |
| Crash Distribution, LLC | 36-4549016 | BYF | 100% | Film Production and Distribution | Still Active |
| Crash Productions, LLC | 20-0361047 | BYF | 100% | Film Production | Inactive |
| El Camino Pictures, LLC | 73-1669374 | | 100% | Film Production | Inactive |
| Employee of the Month, LLC | 47-0916225 | | 100% | Film Production and Distribution | Still Active |
| Filming Technology, SARL | | | 100% | Film Production | Inactive |
| Find Me Guilty, LLC | 20-1545704 | | 100% | Film Production | Inactive |
| First Snow Productions, LLC | 20-2007474 | | 100% | Film Production | Still Active |
| Governess Productions, LLC | 26-2466741 | | 100% | Film Production | Inactive |
| Gray Productions, LLC | | | 100% | Film Production | Inactive |
| Gray Matters Productions, LLC | 77-0623837 | BYF | 100% | Film Production and Distribution | Still Active |
| Happy Endings Productions, LLC | 56-2336600 | | 100% | Film Production and Distribution | Still Active |
| Haven Distribution, LLC | 20-0383325 | | 100% | Film Production and Distribution | Still Active |
| Haven USA, LLC | 20-0383282 | | 100% | Film Production | Inactive |
| Hoax Distribution, LLC | 20-3159396 | | 100% | Film Production and Distribution | Still Active |
| Hoax Intermediary, Inc. | 20-3791840 | | 100% | Film Production | Inactive |
| Hoax Productions, LLC | 20-5877404 | HI | 100% | Film Production | Inactive |
| House of D, LLC | 20-0115723 | House of D Holdings, LLC | 50% | Film Production and Distribution | Still Active |
| Illusionist Distribution, LLC | 20-2026214 | BYF | 100% | Film Production and Distribution | Still Active |
| Jumpshot Distribution, LLC | 20-2117238 | | 100% | Film Production and Distribution | Still Active |
| Jumpshot Productions, LLC | 20-1904566 | | 100% | Film Production | Inactive |
| Kickin' It Old Skool Productions Inc. | BC0742416 | | 100% | Film Production | Inactive |
| KIOS Distribution, LLC | 20-3678939 | | 100% | Film Production and Distribution | Still Active |
| BYP Music, LLC | | | 100% | Film Production and Distribution | Still Active |
| La Strada Vita Productions, LLC | 26-2308457 | | 100% | Film Production | Still Active |
| Lonely Maiden Productions, LLC | 26-1101485 | | 100% | Film Production and Distribution | * Still Active |
| NBTT Productions, LLC | 45-0573612 | | 100% | Film Production | Inactive |
| Nothing But The Truth Productions, LLC | 26-0764204 | | 100% | Film Production and Distribution | * Still Active |
| OTL Distribution, LLC | 26-0267567 | | 100% | Film Production and Distribution | Still Active |
| Painted Veil Productions, LLC | 20-2906979 | | 100% | Film Production and Distribution | Still Active |
| PHR Releasing, LLC | 26-1567330 | | 100% | Film Production | Still Active |
| Resurrect Productions Inc. | 21024111340 | | 100% | Film Production | Inactive |
| Resurrecting The Champ Distribution, LLC | 20-4633163 | | 100% | Film Production and Distribution | Still Active |
| RMC Productions, LLC | 26-1237782 | | 100% | Film Production and Distribution | * Still Active |
| RTC Productions Inc. | 2012398380 | | 100% | Film Production | Still Active |
| Sacrificial Lambs, LLC | | | 26% | Film Production | Still Active |
| Scared Little Animals, LLC | 73-1669372 | | 100% | Film Production and Distribution | Still Active |
| Schizophrenic Productions, LLC | 20-3710258 | | 100% | Film Production and Distribution | Still Active |
| Shortcut to Happiness Distribution, LLC | 20-5977945 | | 100% | Film Production and Distribution | Still Active |
| Sophomore Distribution, LLC | 26-0267581 | | 100% | Film Production and Distribution | Still Active |
| Splendid Pictures Holdings, Inc. | | 80% SCH, 20% by David Glasser | 80% | Film Production and Distribution | Still Active |
| Sueno, LLC | 20-0224011 | BYF | 100% | Film Production and Distribution | Still Active |
| Tishomingo Distribution, LLC | 20-1982344 | BYF | 100% | Film Production and Distribution | Still Active |
| Tishomingo Productions, LLC | | BYF | 100% | Film Production | Still Active |
| WTRFG, LLC | | 33.3% Where the Red Fern Grows, LLC; 33.3% Bristol Bay Productions, LLC | 33% | Film Production and Distribution | Still Active |
| Yari Film Group Releasing, LLC (Debtor in Possession) | 20-1398319 | | 100% | Film Distribution | Still Active |
| Yari Music Group, LLC | 26-2177612 | | 100% | Music Distribution | Still Active |

Note:
   Bob Yari Films (BYF) is owned 100% by Persik Productions, Inc.
   Hoax Intermediary, Inc. (HI) is owned 100% by Persik Productions, Inc.
   Hoax Intermediary, Inc. (HI) is owned 100% by Persik Productions, Inc.
   Schizophrenic Productions, LLC (SCH) is owned 100% by Persik Productions, Inc.

Owns Screenplay, Worldwide Distribution Rights or Literary Rights

* Lonely Maiden is cross collateralized with Nothing But the Truth Productions, LLC and RMC Productions, LLC

None
☒

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OR ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

7.      **Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

8.      **Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
|  |  |  |
|  |  |  |

9.      **Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Winthrop Couchot PC 600 Newport Center Dr., 4th Fl. Newport Beach, CA 92660 | January 154, 2010 Davand Holdings, LLC the sole stockholder of the Debtor | $100,000 |
|  |  |  |

-4-

In Re: Persik Productions, Inc.

Case No. 2:10-bk-12112 BR

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint, petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Alliance Atlantis Releasing Limited, an England and Wales corporation, d.b.a. Momentum Pictures c/o Quinn Emanuel Urquhart Oliver & Hedges, LLP 865 South Figueroa Street, 10th Floor Los Angeles, CA 90017-2543 Attn: Bruce E. Van Dalsem | Notice of Attachment dated 10/09/09 Attachment Lien filed on or about 11/05/09 | Bank deposits of Bob Yari Productions at Union Bank of California Value: $ _____ |
| EI Films Canada, Inc. c/o Law Offices of Alan S. Gutman 9401 Wilshire Blvd, Suite 575 Beverly Hills, CA 90212 Attn: Alan S. Gutman | Notice of Attachment dated 12/23/09 | Any and all bank accounts maintained at City National Bank, First Republic Bank and US Bank by Bob Yari Productions; any and all moneys held for, or on behalf of, or payable to Bob Yari Productions by Bank of Ireland, Bank Leumi; and any and all bank accounts maintained at Bank of Ireland and Bank Leumi by Bob Yari Productions Value: $ _____ |
| Harvadania Corp. c/o Kozberg & Bodell LLP 1800 Century Park East, 8th Floor Los Angeles, CA 90067 Attn: Gregory Bodell | Notice of Attachment dated 10/13/09 | All deposit accounts held in the name or for the benefit of Bob Yari Productions Value: $ _____ |

**10.    Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |
| | | |

None
☒

b. List all other property, transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar devisC of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| | | |
| | | |

**11.    Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Imperial Capital Bank | Account #1000049906 | 87,447.60 6/3/09 to pay an obligation |
| | | 7.57 interest 9/30/09 account closed |
| Imperial Capital Bank | Account #1000050003 | $14,523.21 9/18/09 to pay an obligation |
| | | $7.71 interest 10/31/09 account closed |

MAINDOCS-#140780-v1-PersikStmtOfaffairs.DOC

In Re: Persik Productions, Inc.

Case No. 2:10-bk-12112 BR

| | | |
|---|---|---|
| Screen Actors Guild, Inc. v. Prime Film Productions, LLC and Bob Yari Productions<br>Case No. TM 3990 | Statement of Claim and Demand for Arbitration for failure to re-issue residual payments and pension and health plan contributions not honored by Avalon Film Services Corporation in connection with *Prime* | Producer-Screen Actors Guild Sole Neutral Arbitrator<br>Los Angeles, California | Arbitration suspended pending settlement negotiations |
| Screen Actors Guild, Inc. v. Sacred Little. Animals, LLC, Bob Yari Productions, Splendid Pictures, Inc. and Sony Pictures Classics, Inc.<br>Case No. TM 3972 | Statement of Claim and Demand for Arbitration for failure to report and pay residuals, contribute to pension and health plans and obtain assumption agreement in connection with *Thumbsucker* | Producer-Screen Actors Guild Sole Neutral Arbitrator<br>Los Angeles, California | Arbitration suspended pending settlement negotiations |
| Screen Actors Guild, Inc. v. Sacred Little Animals. LLC, Bob Yari Productions and Splendid Pictures, Inc.<br>Case No. TM 5350 | Statement of Claim and Demand for Arbitration for failure to report and pay residuals, contribute to pension and health plans and obtain assumption agreement in connection with *Thumbsucker* | Producer-Screen Actors Guild Sole Neutral Arbitrator<br>Los Angeles, California | Arbitration suspended pending settlement negotiations |
| | WRITERS GUILD OF AMERICA ARBITRATION PROCEEDINGS | | |
| In the Matter of the Arbitration between Writers Guild of America, West, Inc. v. Sixth Floor Literary Properties, LLC f/k/a Jett & Jade, LLC, Stratus Film Company, LLC, Syndicate Films International, LLC, Equity Pictures Medienfonds, GmbH & Co. KG II, Hostage, GmbH, Hostage, LLC, Bob Yari Productions, Hostage Productions, LLC and Hostage Funding, LLC<br>Case No. 07-CL-099 | Notice of Claim Submitted to Arbitration and Claim for failure to report and pay residuals and obtain assumption agreement | Writers Guild of America, West, Inc.- Producers Arbitration Panel | Arbitration suspended pending settlement negotiations |

**12.    Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**13.    Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |
| | | |

**14.    Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF CREDITOR | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

**15.    Prior address of debtor**

None ☒

If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |

**16.    Spouses and former spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

MAINDOCS-#140780-v1-PersikStmtOfAffairs.DOC

**In Re: Persik Productions, Inc.**

**Case No. 2:10-bk-12112 BR**

| | | |
|---|---|---|
| Screen Actors Guild, Inc. v. Find Me Guilty, LLC Bob Yari Productions, Tishomingo Distribution, LLC, Yari Film Group, LLC, MHF 7xetic Academy Film GmbH & Co. KG, Starz Entertainment, LLC and Twentieth Century Fox Film Corp. Case No. TM 4880 | Statement of Claim and Demand for Arbitration for failure to report and pay residuals, contribute to pension and health plans and obtain assumption agreement in connection with *Find Me Guilty* | Producer-Screen Actors Guild Sole Neutral Arbitrator Los Angeles, California | Arbitration suspended pending settlement negotiations |
| Screen Actors Guild, Inc. v. Bob Yari Productions, Haven Distribution, LLC & Haven Films UK, Ltd. Case No. TM 4775 | Statement of Claim and Demand for Arbitration for failure to report and pay residuals, contribute to pension and health plans and obtain assumption agreement in connection with *Haven* | Producer-Screen Actors Guild Sole Neutral Arbitrator Los Angeles, California | Arbitration suspended pending settlement negotiations |
| Screen Actors Guild, Inc. v. Hoax Productions, LLC and Bob Yari Productions Case No. TM 5053 | Statement of Claim and Demand for Arbitration in connection with *The Hoax* | Producer-Screen Actors Guild Sole Neutral Arbitrator Los Angeles, California | Arbitration suspended pending settlement negotiations |
| Screen Actors Guild, Inc. v. Filming Technology, S.A.R.L., Bob Yari Productions, Illusionist Distribution, LLC, Starz Media, LLC and Film & Entertainment VIP Medienfonds 4 GmbH & Co. KG Case No. TM 4521 | Statement of Claim and Demand for Arbitration for failure to report and pay residuals, contribute to pension and health plans and obtain assumption agreement in connection with *The Illusionist* | Producer-Screen Actors Guild Sole Neutral Arbitrator Los Angeles, California | Arbitration suspended pending settlement negotiations |
| Screen Actors Guild, Inc. v. Bob Yari Productions and Filming Technology S.A.R.L. Case No. TM 4972 | Statement of Claim and Demand for Arbitration for failure to report and pay residuals, contribute to pension and health plans and obtain assumption agreement in connection with *Painted Veil* | Producer-Screen Actors Guild Sole Neutral Arbitrator Los Angeles, California | Arbitration suspended pending settlement negotiations |
| Screen Actors Guild, Inc. v. Plant Productions Corp. and Bob Yari Productions Case No. TM 5358 | Statement of Claim and Demand for Arbitration for failure to report and pay residuals, contribute to pension and health plans and obtain assumption agreement in connection with *Perfect Fit* | Producer-Screen Actors Guild Sole Neutral Arbitrator Los Angeles, California | Arbitration suspended pending settlement negotiations |

**17.    Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
|  |  |  |  |

None
☒

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
|  |  |  |  |

None
☒

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
|  |  |  |
|  |  |  |

**In Re: Persik Productions, Inc.** | **Case No. 2:10-bk-12112 BR**

## INDEPENDENT FILM & TELEVISION ALLIANCE ARBITRATION PROCEEDINGS

| | | | |
|---|---|---|---|
| United Talent Agency v. Bob Yari Productions<br>Case No. 08-86 | Claim for Breach of Contract, Quantum Meruit, Fraud | Independent Film & Television Alliance Arbitration, Los Angeles, California | Partial and interim award issued on November 16, 2009 for Breach of Contract Claim; Fraud Claim dismissed |

## JAMS ARBITRATION PROCEEDINGS

| | | | |
|---|---|---|---|
| James Robb, an individual, v. Bob Yari Productions, a California corporation & Syndicate Films International, LLC, a California limited liability company.<br>Case No. 1220039179 | Complaint for Breach of Promissory Note | JAMS Arbitration, Los Angeles, California | Arbitrator's decision issued on January 12, 2010 |

## LOS ANGELES COUNTY BAR ASSOCIATION ARBITRATION PROCEEDINGS

| | | | |
|---|---|---|---|
| Jacobson, Russell, Saltz & Fingerman LLP, a California limited liability partnership, v. Yari Film Group, LLC, Syndicate Films International, LLC, Bob Yari Productions, Bulls Eye Productions, LLC, and Crash Productions, LLC<br>Case No. M-410-08-SBM | Complaint for Breach of contract (Attorney-Client Contract) | Los Angeles County Bar Association Arbitration, County of Los Angeles, State of California [non-binding arbitration] | Briefs of both parties submitted. Arbitrator's decision pending. |

## SCREEN ACTORS GUILD ARBITRATION PROCEEDINGS

| | | | |
|---|---|---|---|
| Screen Actors Guild, Inc. v. Employee of the Month, LLC, Splendid Pictures, Inc. and Bob Yari Productions<br>Case No. TM 3151 | Statement of Claim and Demand for Arbitration for failure to report and pay residuals and contribute to plans in connection with *Employee of the Month* | Producer-Screen Actors Guild Sole Neutral Arbitrator, Los Angeles, California | Arbitration suspended pending settlement negotiations |
| Screen Actors Guild Inc. v. Jumpshot Distribution LLC, Jumpshot Productions LLC and Bob Yari Productions<br>Case No. TM 5142 | Statement of Claim and Demand for Arbitration in connection with *Even Money-Jumpshot* | Producer-Screen Actors Guild Sole Neutral Arbitrator, Los Angeles, California | Arbitration suspended pending settlement negotiations |

**18.      Nature, location and name of business**

None
☐

a.  *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietorship, or was a self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
|  |  |  |  |  |
| **See Attached** |  |  |  |  |

None
☒

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
|  |  |
|  |  |

MAINDOCS-#140780-v1-PersikStmtOfaffairs.DOC

| In Re: Persik Productions, Inc. | Case No. 2:10-bk-12112 BR | | |
|---|---|---|---|
| Cathy Schulman, an individual, and Tom Nunan, an individual, v. Bob Yari Productions, a California corporation, Yari Film Group, LLC, a California corporation, Filming Technology S.A.R.L., a German corporation, and Bob Yari, an individual, et al. Case No. BC345581<br><br>Consolidated with:<br>Bull's Eye Entertainment, LLC et al. v. Cathy Schulman, et al. Case No. BC348144 | Complaint for Fraud, Breach of Fiduciary Duty, Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing; Quantum Meruit, Retaliatory Discharge; Declaratory Relief Re: Ownership of Bull's Eye Name and Trademark and Accounting (Jury Trial Demanded) | Superior Court of the State of California, County of Los Angeles, Central District | Phase I of Trial complete; Trial Status Conference for Phase II set for March 8, 2010 |
| United Talent Agency v. Bob Yari Productions Case No. SS01826 | Petition to confirm Independent Film & Television Alliance Arbitration award | Superior Court of the State of California, County of Los Angeles, Santa Monica District | Order issued on August 27, 2009 confirming interim arbitration order |
| **DIRECTORS GUILD OF AMERICA ARBITRATION PROCEEDINGS** | | | |
| In the Matter of Arbitration between Directors Guild of America, Inc. v. Jumpshot Productions, LLC; Jumpshot Distribution, LLC; Yari Film Group, LLC & Bob Yari Productions Case No. 10000586 | Notice of Claim and Arbitration Claim for failure to report and pay residuals and obtain assumption agreement in connection with *Even Money; Jumpshot* | Directors Guild of America-Producers Arbitration Tribunal, Los Angeles, California | Arbitration suspended pending settlement negotiations |
| In the Matter of Arbitration between Directors Guild of America, Inc. v. Find Me Guilty, LLC & Bob Yari Productions Case No. 10000724 | Notice of Claim and Arbitration Claim for failure to report and pay residuals and obtain assumption agreement in connection with *Find Me Guilty* | Directors Guild of America-Producers Arbitration Tribunal, Los Angeles, California | Arbitration suspended pending settlement negotiations |
| In the Matter of Arbitration between Directors Guild of America, Inc. v. Painted Veil Productions, LLC; Yari Film Group, LLC & Bob Yari Productions Case No. 10000416 | Notice of Claim and Arbitration Claim for failure to report and pay residuals, contribute to pension and health plans and obtain assumption agreement in connection with *The Illusionist and Painted Veil* | Directors Guild of America-Producers Arbitration Tribunal, Los Angeles, California | Arbitration suspended pending settlement negotiations |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.      Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| See Attached | | |
| | | |

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records. or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| | | |
| | | |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available. explain.

| NAME | ADDRESS |
|---|---|
| YFG Services, Inc. | 10850 Wilshire Blvd., 6th Fl., Los Angeles, CA 90024 |
| | |
| | |

None
☒

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| | |
| | |

MAINDOCS-#140780-v1-PersikStmtOfaffairs.DOC

In Re: Persik Productions, Inc.

Case No. 2:10-bk-12112 BR

| | | | |
|---|---|---|---|
| Contagious Entertainment, LLC, a New York limited liability company, v. Bob Yari Productions, a California corporation, Syndicate Films International, LLC, a California limited liability company; Illusionist Distribution, LLC, a Delaware limited liability company; Yari Film Group Releasing, LLC, a California limited liability company; and Bob Yari, an individual<br><br>Case No. BC390515 | Complaint for Breach of Contract, Breach of Implied Covenant of Good Faith and Fair Dealing, Fraud and Deceit and Accounting | Superior Court of the State of California, County of Los Angeles, Central District | Trial scheduled for 6/21/10 |
| El Films Canada, Inc. v. Bob Yari Productions, a California corporation, Resaf Inc., a California limited liability company; and Bob Yari, an individual<br><br>Case No. BC427536 | Complaint for Breach of Contract and Fraud<br><br>(Jury Trial Demanded) | Superior Court of the State of California, County of Los Angeles, Central District | Trial TBD; Demurrer of SFI and Yari to Complaint is scheduled for hearing on April 2, 2010. |
| Paul Haggis, Inc., a California corporation, Manho, Inc., a California corporation, and Bobby Moresco, and individual, et al. v. Bob Yari Productions, Crash Distribution, LLC, Crash Productions, LLC; Syndicate Films International, LLC, Bull's Eye Entertainment, LLC and Yari Film Group, LLC<br><br>Case No. 381582 | Complaint for Breach of Contract, Declaration of Constructive Trust, Breach of Implied Covenant and Declaratory Relief<br><br>(Demand for Jury Trial) | Superior Court of the State of California, County of Los Angeles, Central District | Motion to Stay Entire Action scheduled to be heard on March 8, 2010; Phase I Trial scheduled for 5/5/10; Phase II Trial scheduled 9/8/10 |
| Harvadania Corp., a California corporation, v. Bob Yari Productions<br><br>Case No. BC421210 | Complaint for Breach of Contract and Unjust Enrichment | Superior Court of the State of California, County of Los Angeles, Central District | Hearing on Harvadania's Motion for Summary Judgment on March 12, 2010 (off-calendar due to automatic stay under the Bankruptcy Code) |
| Martin Norseman, an individual, v. Bob Yari Productions, Yari Film Group, LLC; Crash Productions, LLC, Paul Haggis, an individual d.b.a. Blackfriars Bridge Films, Paul Haggis, Inc., Mark R. Harris, an individual d.b.a the Harris Company.<br><br>Case No. BC388129 | Complaint for Fraud, Negligent Misrepresentation and Misappropriation of Name and Likeness | Superior Court of the State of California, County of Los Angeles, Central District | Trial TBD: status conference scheduled 7/19/10 |

**20.    Inventories**

None ☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| | | |

None ☒

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | |

**21.    Current Partners, Officers, Directors and Shareholders**

None ☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESSES | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| | | |

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESSES | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Davand Holdings, LLC 10850 Wilshire Blvd., 6th Fl, Los Angeles, CA 90024 | Stockholder | 100%* |
| Bob Yari 10850 Wilshire Blvd., 6th Fl, Los Angeles, CA 90024 | President | 0 |
| Dennis Bwown 2424 Bowmont Dr. Beverly Hills, CA 90210 | Chief Financial Officer | 0 |
| * Bob Yari is the sole member of Davand Holdings, LLC | | |

**22.    Former partners, officers, directors and shareholders**

None ☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESSES | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

MAINDOCS-#140780-v1-PersikStmtOfaffairs.DOC

In Re: Persik Productions, Inc.

Case No. 2:10-bk-12112 BR

## STATEMENT OF FINANCIAL AFFAIRS (CONTINUED)

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐ None

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | **SUITS IN UNITED STATES DISTRICT COURT** | | |
| Alliance Atlantis Releasing Limited, an England and Wales corporation, d.b.a. Momentum Pictures, v. Bob Yari Productions<br>Case No. CV- 08-5526 | Complaint for Breach of Contract and Declaratory Relief (Jury Trial demanded) | United States District Court, California Central District, Western Division, Los Angeles, California | Trial TBD: status conference scheduled for 5/27/10 |
| Alliance Atlantis Releasing Limited, an England & Wales corporation, d.b.a. Momentum Pictures, Aurum Producciones S.A., a Spain corporation & Alliance Films, Inc. a Canada corporation v. Bob Yari Productions<br>Case No. CV- 09-1618 | Complaint for Breach of Contract and Declaratory Relief (Jury Trial demanded) | United States District Court, California Central District, Western Division, Los Angeles, California | Trial TBD: status conference scheduled for 5/27/10 |
| | **SUITS IN SUPERIOR COURT OF THE STATE OF CALIFORNIA** | | |
| Apollo ProScreen GmbH & co. Filmproduktion KG, a German limited liability partnership v. Bob Yari Productions & Yari Film Group Releasing, LLC.<br>Case No. BC404343 | Complaint for Breach of Guarantee | Superior Court of the State of California, County of Los Angeles, Central District | Settled and dismissed |
| ApolloProScreen GmbH & co. Filmproduktion KG, a German limited liability partnership, v. Bob Yari Productions, a California corporation, Dennis Brown, an individual, & Union Bank of California, N. A., a national association<br>Case No. BC410891 | Complaint for Conversion, Breach of Fiduciary Duty, Breach of Contract, Negligence and Refund of Improperly Transferred Funds | Superior Court of the State of California, County of Los Angeles, Central District | Settled and dismissed |

None ☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| David Glasser<br>4233 Prado de Pajaro<br>Calabasas. CA 91302 | Chief Creative Officer | 8/29/2008 |
| Bill Immerman<br>16524 Park Lane Circle<br>Los Angeles. CA 90049 | Chief Operating Officer | 10/6/2009 |

23.    **Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans. stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESSES OF RECIPIENT. RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| See response to #3 above. | | |
| | | |

24.    **Tax consolidation group**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |
| | |

25.    **Pension funds**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |
| | |

* * * * * *

MAINDOCS-#140780-v1-PersikStmtOfaffairs.DOC

**Persik Productions, Inc.**    Case #: 2:10-bk-12112 BR
**Supplement to Statement of Financial Affairs, #3c**

**3.c.  Payments within one year to creditors who are or were insiders**

| | | | | |
|---|---|---|---|---|
| Lonely Maiden Productions, LLC | 2/20/2009 | Express Group, Inc., The | $ | 25.76 |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/3/2009 | United States Treasury | $ | 40.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 4/30/2009 | Express Group, Inc., The | $ | 35.84 |
| | 4/30/2009 | Express Group, Inc., The | $ | 50.24 |
| | 4/30/2009 | Express Group, Inc., The | $ | 150.48 |
| | 6/5/2009 | Express Group, Inc., The | $ | 8.40 |
| | 6/5/2009 | Express Group, Inc., The | $ | 76.16 |
| | 6/12/2009 | illuminate/HTV, Inc. | $ | 93.75 |
| | 6/12/2009 | illuminate/HTV, Inc. | $ | 2,465.00 |
| | 6/12/2009 | illuminate/HTV, Inc. | $ | 3,312.50 |
| | 7/14/2009 | Lonely Maiden Productions, LLC | $ | 10,000.00 |
| | | **The Lonely Maiden Total** | **$** | **17,058.13** | 0 |
| | | | | |
| RMC Productions, LLC | 2/20/2009 | Express Group, Inc., The | $ | 76.72 |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 2/20/2009 | Express Group, Inc., The | $ | 199.36 |
| | 4/3/2009 | United States Treasury | $ | 40.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 4/30/2009 | Canipre | $ | 845.00 |
| | 6/5/2009 | Express Group, Inc., The | $ | 47.60 |
| | 6/29/2009 | Canipre | $ | 898.55 |
| | | **Real Men Cry Total** | **$** | **2,907.23** | 0 |

Grand Total  $  1,549,199.04

140778
5 of 5

**Persik Productions, Inc.**
**Supplement to Statement of Financial Affairs**
**Attachment A**

Case #: 2:10-bk-12112 BR

**3.b   Payments within 90 days to Creditors**

| Check # | Check Date | Payee | | Amount | Release Date | Vendor Address | | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 11116 | 11/03/09 | Saffer & Flint Accountancy Corp | $ | 4,112.50 | 11/04/09 | 16030 Ventura Blvd, Suite 500, Encino, CA 91356 | $ | 4,290.00 |
| W/T | 11/03/09 | Imperial Capital Bank | $ | 2,980.18 | 11/03/09 | 500 North Brand Blvd., Suite 1650, Glendale, CA 91203 | $ | - |
| W/T | 11/03/09 | Imperial Capital Bank | $ | 9,975.18 | 11/03/09 | 500 North Brand Blvd., Suite 1650, Glendale, CA 91203 | $ | - |
| | | | $ | 17,067.86 | | | | |

W/T - Wire Transfers to Imperial Capital Bank were for proceeds received in error. Such proceeds were to be received directly by lender.

**Persik Productions, Inc.**
**Supplement to Statement of Financial Affairs, #3c**

**3.c. Payments within one year to creditors who are or were insiders**

| | | | | | |
|---|---|---|---|---:|---|
| Shortcut to Happiness Distribution, LLC | 4/13/2009 | Franchise Tax Board | $ | 800.00 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 900.00 | |
| | 6/12/2009 | Franchise Tax Board | $ | 900.00 | |
| | | **SCTH Total** | **$** | **2,600.00** | 0 |
| | | | | | |
| Accidental Husband Intermediary, Inc. | 2/20/2009 | Express Group, Inc., The | $ | 34.72 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 2/20/2009 | Express Group, Inc., The | $ | 231.28 | |
| | 3/18/2009 | Creative Artists Agency | $ | 777.50 | |
| | 3/31/2009 | Canipre | $ | 845.00 | |
| | 3/31/2009 | Canipre | $ | 845.00 | |
| | 4/30/2009 | Express Group, Inc., The | $ | 19.04 | |
| | 6/5/2009 | Express Group, Inc., The | $ | 23.52 | |
| | 6/5/2009 | Express Group, Inc., The | $ | 36.96 | |
| | 6/18/2009 | Parasec | $ | 125.00 | |
| | 3/18/2009 | Accidental Husband Intermed | $ | 6,000.00 | |
| | 3/26/2009 | Accidental Husband Intermed | $ | 500.00 | |
| | | **Acc Husband Total** | **$** | **9,438.02** | 0 |
| | | | | | |
| Addicted Distribution, LLC | 2/20/2009 | Express Group, Inc., The | $ | 8.40 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 2/20/2009 | Express Group, Inc., The | $ | 14.00 | |
| | 2/20/2009 | Express Group, Inc., The | $ | 51.52 | |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 | |
| | 4/9/2009 | Addicted Distribution LLC | $ | 25.00 | |
| | | **Addicted Total** | **$** | **898.92** | 0 |
| | | | | | |
| OTL Distribution, LLC | 2/20/2009 | Express Group, Inc., The | $ | 8.40 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 3/31/2009 | | $ | 78.00 | |
| | 3/31/2009 | | $ | 88.00 | |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 | |
| | 4/30/2009 | Express Group, Inc., The | $ | 8.40 | |
| | 1/27/2009 | | $ | 13,476.40 | |
| | | **OTL Total** | **$** | **14,459.20** | 0 |
| | | | | | |
| Sophomore Distribution, LLC | 2/20/2009 | Express Group, Inc., The | $ | 10.64 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 2/20/2009 | Express Group, Inc., The | $ | 11.20 | |
| | 4/3/2009 | United States Treasury | $ | 40.00 | |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 | |
| | 4/30/2009 | Express Group, Inc., The | $ | 8.96 | |
| | 4/30/2009 | Express Group, Inc., The | $ | 109.04 | |
| | 6/5/2009 | Express Group, Inc., The | $ | 19.04 | |
| | 10/19/2009 | Range Life | $ | 5,100.00 | |
| | | **Sophomore Total** | **$** | **6,098.88** | 0 |
| | | | | | |
| Nothing But the Truth Productions, LLC | 2/20/2009 | Express Group, Inc., The | $ | 137.76 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 2/20/2009 | Express Group, Inc., The | $ | 254.24 | |
| | 3/13/2009 | Canipre | $ | 1,628.55 | |
| | 3/13/2009 | Express Group, Inc., The | $ | 44.80 | |
| | 3/31/2009 | Canipre | $ | 845.00 | |
| | 3/31/2009 | Canipre | $ | 845.00 | |
| | 4/3/2009 | United States Treasury | $ | 40.00 | |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 | |
| | 6/5/2009 | Express Group, Inc., The | $ | 12.88 | |
| | 6/5/2009 | Express Group, Inc., The | $ | 17.36 | |
| | 6/5/2009 | Express Group, Inc., The | $ | 43.12 | |
| | 6/25/2009 | Secretary of State | $ | 20.00 | |
| | | **Nothing But the Truth Total** | **$** | **4,688.71** | 0 |

**Persik Productions, Inc.**
**Supplement to Statement of Financial Affairs, #3c**

3.c.  Payments within one year to creditors who are or were insiders

| Name of Insider and Address | Dates of Payments / Transfers | Description / Payee | Amount | Amount Still Owing |
|---|---|---|---|---|
| Yari Film Group - DIP | 2/24/2009 | Yari Film Group - DIP | $ 20,000.00 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 3/18/2009 | Yari Film Group Debtor in Poss | $ 20,000.00 | |
| | 4/17/2009 | Yari Film Group, LLC | $ 30,000.00 | |
| | 5/19/2009 | Yari Film Group Debtor in Poss | $ 5,000.00 | |
| | 5/27/2009 | Yari Film Group Debtor in Poss | $ 10,000.00 | |
| | 7/14/2009 | YFG Debtor in Possession | $ 5,000.00 | |
| | 7/28/2009 | Yari Film Group - DIP | $ 16,500.00 | |
| | | **YFG-DIP Total** | **$ 106,500.00** | **0** |
| | | | | |
| YFG Services, Inc. | 5/27/2009 | YFG Services, Inc. | $ 20,000.00 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 7/2/2009 | YFG Services Inc. | $ 11,000.00 | |
| | 7/21/2009 | YFG Services Inc. | $ 30,000.00 | |
| | 7/28/2009 | YFG Services, Inc. | $ 10,000.00 | |
| | 11/20/2009 | YFG Services Inc. | $ 40,000.00 | |
| | 11/30/2009 | YFG Services Inc. | $ 12,000.00 | |
| | 5/21/2009 | YFG Services Payroll Acct | $ 104,362.31 | |
| | 6/4/2009 | YFG Services - Payroll Acct | $ 94,387.16 | |
| | 6/8/2009 | YFG Services - Payroll Acct | $ 2,000.00 | |
| | 7/2/2009 | YFG Services Inc -Payroll Acct | $ 100,000.00 | |
| | 7/16/2009 | YFG Services Payroll Acct | $ 96,000.00 | |
| | 7/29/2009 | YFG Services Payroll Acct | $ 105,000.00 | |
| | 11/19/2009 | YFG Services Payroll Acct | $ 68,295.59 | |
| | 12/3/2009 | YFG Services Payroll Acct | $ 70,936.21 | |
| | 2/10/2009 | | $ 6,447.38 | |
| | | **YFG Services Total** | **$ 763,981.27** | **0** |
| | | | | |
| YFG International, Inc. | 7/24/2009 | YFG International, Inc. | $ 14,024.54 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | | **YFG Int'l Total** | **$ 14,024.54** | **0** |
| | | | | |
| Syndicate Films International | 2/20/2009 | Express Group, Inc., The | $ 8.96 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 2/20/2009 | Express Group, Inc., The | $ 80.08 | |
| | 3/13/2009 | Express Group, Inc., The | $ 110.32 | |
| | 3/18/2009 | Syndicate Films International | $ 6,000.00 | |
| | 5/27/2009 | Syndicate Films International | $ 3,200.00 | |
| | 6/4/2009 | Syndicate Films International | $ 17,000.00 | |
| | 7/2/2009 | Syndicate Films International | $ 5,000.00 | |
| | 7/14/2009 | Syndicate Collections Acct | $ 25,000.00 | |
| | 7/28/2009 | Syndicate Films International | $ 12,000.00 | |
| | | **Syndicate Total** | **$ 68,399.36** | **0** |
| | | | | |
| Bull's Eye Entertainment, LLC | 4/13/2009 | Franchise Tax Board | $ 800.00 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | | **Bull's Eye Entertainment Total** | **$ 800.00** | **0** |
| | | | | |
| De Minimis Post Prod, LLC | 1/27/2009 | De Minimis Post Prod, LLC | $ 2,000.00 | |
| 10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 3/17/2009 | De Minimis Post Prod, LLC | $ 500.00 | |
| | 3/24/2009 | De Minimis Post Prod, LLC | $ 500.00 | |
| | 3/26/2009 | De Minimis Post Prod, LLC | $ 1,000.00 | |
| | 4/13/2009 | Franchise Tax Board | $ 800.00 | |
| | 4/21/2009 | De Minimis Post Prod, LLC | $ 9,300.00 | |
| | 4/27/2009 | De Minimis Post Prod, LLC | $ 3,500.00 | |
| | 5/26/2009 | De Minimis Post Prod, LLC | $ 2,500.00 | |
| | 5/27/2009 | De Minimis Post Prod, LLC | $ 7,000.00 | |
| | 6/15/2009 | De Minimis Post Prod, LLC | $ 20,000.00 | |
| | 6/18/2009 | Parasec | $ 125.00 | |
| | 7/22/2009 | De Minimis Post Prod, LLC | $ 10,000.00 | |
| | 7/28/2009 | De Minimis Post Prod, LLC | $ 1,000.00 | |
| | 7/29/2009 | De Minimis Post Prod, LLC | $ 167,000.00 | |
| | 8/7/2009 | De Minimis Post Prod, LLC | $ 75,000.00 | |
| | 8/14/2009 | De Minimis Post Prod, LLC | $ 16,000.00 | |
| | 9/11/2009 | De Minimis Post Prod, LLC | $ 655.50 | |
| | 11/23/2009 | De Minimis Post Prod, LLC | $ 5,000.00 | |
| | | **DMP Total** | **$ 321,880.50** | **0** |

**Persik Productions, Inc.**
**Supplement to Statement of Financial Affairs, #3c**

**3.c.  Payments within one year to creditors who are or were insiders**

| | | | | |
|---|---|---|---|---|
| Block Party Productions, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | | **Block Party Total** | **$** | **800.00** | 0 |
| | | | | |
| Jumpshot Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 4/9/2009 | Jumpshot Distribution, LLC | $ | 25.00 |
| | 11/3/2009 | Jumpshot Distribution, LLC | $ | 2,980.18 |
| | | **Even Money Total** | **$** | **4,605.18** | 0 |
| | | | | |
| Tishomingo Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | | **FMG Total** | **$** | **1,600.00** | 0 |
| | | | | |
| Happy Endings Productions, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | | **First Snow Total** | **$** | **800.00** | 0 |
| | | | | |
| Illusionist Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 6,000.00 |
| | 4/14/2009 | Franchise Tax Board | $ | 2,500.00 |
| | 6/12/2009 | Franchise Tax Board | $ | 6,000.00 |
| | 11/3/2009 | Illusionist Distribution, LLC | $ | 9,975.18 |
| | 11/20/2009 | Illusionist Distribution, LLC | $ | 23,000.00 |
| | | **Illusionist Total** | **$** | **48,275.18** | 0 |
| | | | | |
| Gray Matters Productions, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | | **Gray Matters Total** | **$** | **800.00** | 0 |
| | | | | |
| Hoax Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 7/22/2009 | Hoax Distribution, LLC | $ | 4,500.00 |
| | | **Hoax Total** | **$** | **5,300.00** | 0 |
| | | | | |
| Painted Veil Productions, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/3/2009 | United States Treasury | $ | 40.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 2,500.00 |
| | 6/12/2009 | Franchise Tax Board | $ | 2,500.00 |
| | | **Painted Veil Total** | **$** | **5,840.00** | 0 |
| | | | | |
| KIOS Productions, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/3/2009 | United States Treasury | $ | 40.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 8/10/2009 | Chubb Insurance Company of Canada | $ | 10,000.00 |
| | 12/8/2009 | Chubb Insurance Company of Canada | $ | 10,000.00 |
| | | **KIOS Total** | **$** | **20,840.00** | 0 |
| | | | | |
| Resurrection the Champ Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 | Franchise Tax Board | $ | 800.00 |
| | 4/13/2009 | Franchise Tax Board | $ | 6,000.00 |
| | 6/12/2009 | Franchise Tax Board | $ | 6,000.00 |
| | | **RTC Total** | **$** | **12,800.00** | 0 |

**Persik Productions, Inc.**   Case #: 2:10-bk-12112 BR
**Supplement to Statement of Financial Affairs, #3c**

**3.c. Payments within one year to creditors who are or were insiders**

| | | | | |
|---|---|---|---|---|
| El Camino Pictures, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **El Camino Pictures Total** | **$** | **800.00** | 0 |
| Sixth Floor Literary Properties, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/15/2009 Sixth Floor Literary Prop's | $ | 25,000.00 | |
| | **Sixth Floor LP Total** | **$** | **25,800.00** | 0 |
| Stratus Film Company, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **Stratus Film Company Total** | **$** | **800.00** | 0 |
| Bob Yari Music, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **BYP Music Total** | **$** | **800.00** | 0 |
| WFMD, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **WFMD Total** | **$** | **800.00** | 0 |
| Schizophrenic Productions, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **Schizophrenic Total** | **$** | **800.00** | 0 |
| Scared Little Animals, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **Thumbsucker Total** | **$** | **800.00** | 0 |
| Bobby Long, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 5/21/2009 Bobby Long, LLC | $ | 24,000.00 | |
| | **Bobby Long Total** | **$** | **24,000.00** | 0 |
| House of D, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 6/1/2009 House of D, LLC | $ | 16,000.00 | |
| | **House of D Total** | **$** | **16,800.00** | 0 |
| Winter Passing, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **Winter Passing Total** | **$** | **800.00** | 0 |
| Haven Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 3/6/2009 GRAEF Rechtsanwaelte | $ | 678.92 | |
| | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/9/2009 Haven Distribution, LLC | $ | 25.00 | |
| | **Haven Total** | **$** | **1,503.92** | 0 |
| Crash Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 6,000.00 | |
| | 4/14/2009 Franchise Tax Board | $ | 2,500.00 | |
| | 6/12/2009 Franchise Tax Board | $ | 6,000.00 | |
| | 8/6/2009 Phillips, Gerald | $ | 5,000.00 | |
| | 8/6/2009 | $ | 5,000.00 | |
| | **Crash Total** | **$** | **26,100.00** | 0 |
| Hostage, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **Hostage Total** | **$** | **2,400.00** | 0 |
| Matador Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **Matador Total** | **$** | **2,400.00** | 0 |
| Chumscrubber Distribution, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | **Chumscrubber Total** | **$** | **2,400.00** | 0 |
| Prime Film Productions, LLC<br>10850 Wilshire Blvd. Sixth Floor, Los Angeles, CA 90024 | 4/13/2009 Franchise Tax Board | $ | 800.00 | |
| | 4/13/2009 Franchise Tax Board | $ | 900.00 | |
| | 6/12/2009 Franchise Tax Board | $ | 900.00 | |
| | 3/6/2009 Prime Film Productions, LLC | $ | 4,200.00 | |
| | **Prime Total** | **$** | **6,800.00** | 0 |