ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel
for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PERSIK PRODUCTIONS, INC.,<br>fka Bob Yari Productions,<br><br>                Debtor and Debtor-in-<br>                Possession | Case No. 2:10-bk-12122 BR<br><br>Chapter 11 Proceeding<br><br>DATE: May 4, 2010<br>TIME: 10:00 A.M.<br>CTRM: 1668<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

### NOTICE TO OBJECTING PARTIES OF HEARING ON DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY WINTHROP COUCHOT PROFESSIONAL CORPORATION AS ITS GENERAL INSOLVENCY COUNSEL

**TO OBJECTING PARTIES AND OTHER PARTIES-IN-INTEREST:**

**NOTICE** is hereby given that, on May 4, 2010, at 10:00 a.m., in the above-referenced Court, a hearing will be held on the Debtor's Application for Authority to Employ Winthrop Couchot Professional Corporation as its General Insolvency Counsel.

DATED: April 13, 2010    **WINTHROP COUCHOT**
                                              **PROFESSIONAL CORPORATION**

                                              By: _____
                                                    Robert E. Opera
                                                 [Proposed] General Insolvency Counsel for
                                                 Debtor and Debtor-in-Possession

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as **NOTICE TO OBJECTING PARTIES OF HEARING ON DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY WINTHROP COUCHOT PROFESSIONAL CORPORATION AS ITS GENERAL INSOLVENCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 13, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On ____, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 13, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

OBJECTING PARTY IN INTEREST:
Attorneys for the Official Committee of Unsecured Creditors
In Yari Film Group Releasing, LLC – Marc S. Cohen: marccohen@kayescholer.com

Jeremy Richards - jrichards@pszjlaw.com

Yoni Rosensweig - yonirosenzweig@quinnemanuel.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 13, 2010 | Susan Connor | |
|---|---|---|
| Date | Type Name | Signature |

## NEF SERVICE LIST

- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Michael F Chekian    mike@chcklaw.com, msalanick@chcklaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Jeremy Faith    jfaith@goodmanfaith.com
- Alan S Gutman    alangutman@gutmanlaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Joseph A Kohanski    jkohanski@bushquinonez.com, tjimines@bushgottlieb.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
- James R Selth    jim@wsrlaw.net
- Jonathon Shenson    jshenson@ktbslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster    pwebster@buchalter.com
- Eric D Winston    ericwinston@quinnemanuel.com