1  ROBERT E. OPERA – State Bar No. 101182
   ropera@winthropcouchot.com
2  PAYAM KHODADADI – State Bar No. 239906
   pkhodadadi@winthropcouchot.com
3  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
4  660 Newport Center Drive, Suite 400
   Newport Beach, CA 92660
5  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
6
   General Insolvency Counsel
7  for Debtor and Debtor-in-Possession

8

9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                **LOS ANGELES DIVISION**

12

13  In re:                              Case No.:  2:10-bk-12122 BR

14  PERSIK PRODUCTIONS, INC.,           Chapter 11 Proceeding
    fka BOB YARI PRODUCTIONS,
15                                      **BALLOTS CAST IN ACCEPTANCE AND**
16                                      **REJECTION OF DEBTOR'S SECOND**
                                        **AMENDED PLAN OF REORGANIZATION**
17         Debtor and
           Debtor-in-Possession         DATE:      April 20, 2011
18                                       TIME:      2:00 p.m.
                                         PLACE:     Courtroom 1668
19                                                  255 E. Temple Street
                                                    Los Angeles, CA 90012
20

21

22

23

24

25

26

27

28

MAINDOCS-#160460-v1-PersikBallotsCast.DOC

1         Persik Productions, Inc., the Debtor and Debtor in Possession herein, files herewith the

2    ballots cast in acceptance and rejection of its Second Amended Chapter 11 Plan of

3    Reorganization ("Plan").

4        1.     Attached hereto as Exhibit "1" is the Class 1 Ballot cast in acceptance of the Plan.

5        2.     Attached hereto as Exhibit "2" are the Class 2 Ballots, all cast in acceptance of the

6    Plan.

7        3.     Attached hereto as Exhibit "3" are the Class 5 Ballots cast in acceptance of the

8    Plan. By stipulation, MHF Zweite Academy Film GmbH & Co., KG authorized the Debtor to

9    include its claim as a provisional acceptance of the Plan.

10        4.     Attached hereto as Exhibit "4" is the Class 5 Ballot cast in rejection of the Plan.

11    Dated: April 13, 2011    **WINTHROP COUCHOT**

12                            **PROFESSIONAL CORPORATION**

13

14                         By:_____

15                              Robert E. Opera
                          Peter W. Lianides

16                              Payam Khodadadi
                 Counsel for Debtor and Debtor-in-Possession

17

18

19

20

21

22

23

24

25

26

27

28

MAINDOCS-#160460-v1-PersikBallotsCast.DOC

**EXHIBIT "1"**

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class ___1___  ☒ secured ☐ priority or ☐ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $ 638,134.01 .

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $_____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor. (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7.  The undersigned (check one box only):

☒  ACCEPTS THE PLAN          ☐  REJECTS THE PLAN

Dated: April 6, 2011

Print or type name of Creditor: Bank Leumi USA

Authorized Signature: _Joan Albines, J. DELVOYE_
Name of person signing this ballot

Title (if corporation or partnership): First Vice President

Address: 8383 Wilshire Blvd., #400
Beverly Hills, CA 90211

Telephone Number: (323) 966-4727
Fax Number: (323) 966-4251

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

# EXHIBIT "2"

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class __2__ ☒ secured ☐ priority or ☐ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $ 1,190,829 .

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $_____, principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7. The undersigned (check one box only):

☒  ACCEPTS THE PLAN          ☐  REJECTS THE PLAN

Dated: 4/4/2011

Print or type name of Creditor: SCREEN ACTORS GUILD, INC.

Authorized Signature: DAVID E. AHDOOT - D MM +

Name of person signing this ballot

Title (if corporation or partnership): COUNSEL FOR THE SCREEN ACTORS GUILD, INC.

Address: 500 N. CENTRAL AVE, SUITE 800
GLENDALE CA 91203

Telephone Number: 818-973-3200
Fax Number: 818-973-3201

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

Exhibit 2, Page 4

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class __2__ ☒ secured ☐ priority or ☐ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $ _311,493_ .

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $_____, principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor.  (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7.  The undersigned (check one box only):

☒  ACCEPTS THE PLAN            ☐  REJECTS THE PLAN

Dated: _4/4/11_

Print or type name of Creditor: _DIRECTORS GUILD OF AMERICA, INC._

Authorized Signature: _DAVID E. AHDOOT - D M_
Name of person signing this ballot

Title (if corporation or partnership): _COUNSEL FOR THE DIRECTORS GUILD OF AMERICA, INC._

Address: _500 N. CENTRAL AVE, SUITE 800_
_GLENDALE CA 91203_

Telephone Number: _818 - 973 - 3200_
Fax Number: _818 - 973 - 3201_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6.   Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class __2__ ☒ secured ☐ priority or ☐ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $ _535,095_ .

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $_____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor. (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7.   The undersigned (check one box only):

☒    ACCEPTS THE PLAN          ☐    REJECTS THE PLAN

Dated: _+/ 4 /11_

Print or type name of Creditor: _WRITERS GUILD OF AMERICA, WEST, INC_

Authorized Signature: _DAVID AHROOT – D. All_
Name of person signing this ballot

Title (if corporation or partnership): _Counsel for WRITERS GUILD OF AMERICA, WEST, INC._

Address: _500 N. CENTRAL AVE, SUITE 800_
_GLENDALE CA 91203_

Telephone Number: _818 - 973 - 3200_
Fax Number: _818 - 973 - 3201_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

Exhibit 2, Page 6

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class __2__ ☒ secured ☐ priority or ☐ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $ _167,706_ .

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $_____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor. (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7.  The undersigned (check one box only):

☒   ACCEPTS THE PLAN            ☐   REJECTS THE PLAN

Dated: _4/4/11_____

Print or type name of Creditor: SCREEN ACTORS GUILD - PRODUCER PENSION AND HEALTH PLANS

Authorized Signature: DAVID E. AHDOOT - D [signature]
Name of person signing this ballot

Title (if corporation or partnership): COUNSEL FOR CREDITOR

Address: 500 N. CENTRAL AVE, SUITE 800
GLENDALE    CA    91203

Telephone Number: (818) 973 - 3200
Fax Number:      (818) 973 - 3201

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class __2__ ☒ secured ☐ priority or ☐ unsecured
          nonpriority claim against the Debtor in the unpaid amount of Dollars $ _144,877_ .

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
          ☐ debt security claim against the Debtor, consisting of Dollars $_____,
          principal amount of (describe bond, debenture, or other debt security)
          _____ of the Debtor. (For the purposes of this Ballot, it is not
          necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

      ☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
      (number of shares) _____ or other interests (describe equity interest)
      _____ in the Debtor.

7.  The undersigned (check one box only):

    ☒ ACCEPTS THE PLAN          ☐ REJECTS THE PLAN

Dated: __4/4/11__

Print or type name of Creditor: _DIRECTORS GUILD OF AMERICA - PRODUCER_
                                _PENSION_
                                _AND_
Authorized Signature: _DAVID E. ANDROT -_          _HEALTH_
          Name of person signing this ballot          _PLAN_

Title (if corporation or partnership): _COUNSEL FOR CREDITOR_

Address: _500 N CENTRAL AVE_
         _GLENDALE   CA   91203_

Telephone Number: _818 - 973 - 3200_
Fax Number: _818 - 973 - 3201_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4ᵗʰ Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

**EXHIBIT "3"**

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☑ 6.1 _____ The undersigned is the holder of a Class 5 ☐ secured ☐ priority or ☑ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $2,487,565.00.

☐ 6.2 _____ The undersigned is the holder of a Class_____ (check one box only) ☐ bond ☐ debenture or ☐ debt security claim against the Debtor, consisting of Dollars $_____ , principal amount of (describe bond, debenture, or other debt security) of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ _____ 6.3 The undersigned is the holder of Class equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7. The undersigned (check one box only):

☑ ACCEPTS THE PLAN          ☐ REJECTS THE PLAN

Dated: March 25, 2011 _____

Print or type name of Creditor: Aurum Producciones, S.A.

Authorized Signature: _____
                      Yonaton Rosenzweig

Title (if corporation or partnership): _____

Address:    Katten Muchin Rosenman LLP,
            2029 Century Park East, Suite 2600
            Los Angeles, CA 90067

Telephone Number: 310-788-4400

Fax Number: 310-788-4471

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

Exhibit 3, Page 9

Mar-25-11    04:21pm    From-Katten Muchin Rosenman LLP            +                T-137  P.003/010  F-214

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☑ 6.1 _____ The undersigned is the holder of a Class 5 ☐ secured ☐ priority or ☑ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $3,099,599.00.

☐ 6.2 _____ The undersigned is the holder of a Class_____ (check one box only) ☐ bond ☐ debenture or ☐ debt security claim against the Debtor, consisting of Dollars $_____ , principal amount of (describe bond, debenture, or other debt security) of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ _____ 6.3 The undersigned is the holder of Class equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7. The undersigned (check one box only):

[✓] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Dated: March 25, 2011 _____

Print or type name of Creditor: Alliance Atlantis Releasing Limited dba Momentum Pictures

Authorized Signature: _Yonaton Rosenzweig_
                        Yonaton Rosenzweig

Title (if corporation or partnership): _____

Address:    Katten Muchin Rosenman LLP,

            2029 Century Park East, Suite 2600

            Los Angeles, CA 90067

Telephone Number: 310-788-4400

Fax Number: 310-788-4471

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☑ 6.1 _____ The undersigned is the holder of a Class <u>5</u> ☐ secured ☐ priority or ☑ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $2,414,250.00.

☐ 6.2 _____ The undersigned is the holder of a Class_____ (check one box only) ☐bond ☐debenture or ☐ debt security claim against the Debtor, consisting of Dollars $_____ , principal amount of (describe bond, debenture, or other debt security) of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ _____6.3 The undersigned is the holder of Class equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) in the Debtor.

7. The undersigned (check one box only):

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: <u>March 25, 2011</u>  _____

Print or type name of Creditor: Alliance Films, Inc.

Authorized Signature: *Yonaton Rosenzweig*
                                    Yonaton Rosenzweig

Title (if corporation or partnership): _____

Address:     Katten Muchin Rosenman LLP,

                    2029 Century Park East, Suite 2600

                    Los Angeles, CA 90067

Telephone Number: 310-788-4400

Fax Number: 310-788-4471

RETURN THIS BALLOT TO:
Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660
pj@winthropcouchot.com
Facsimile: 949-720-4111

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☐ 6.1   The undersigned is the holder of a Class _____ ☐ secured ☐ priority or ☑ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $ 2,500,000 .

☐ 6.2   The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $ _____, principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor.  (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3   The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7.  The undersigned (check one box only):

☑ ACCEPTS THE PLAN              ☐ REJECTS THE PLAN

Dated: 3/15/11 _____

Print or type name of Creditor: Contagious Entertainment LLC

Authorized Signature: _____
                        Name of person signing this ballot

Title (if corporation or partnership): Pres

Address: 110 Anchorage Road
          Hewlett, N.Y. 11557

Telephone Number: 516-569-9540
Fax Number: 516-569-9537

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1   The undersigned is the holder of a Class ___5___ ☐ secured ☐ priority or ☒ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $ _837,306_ .

☐ 6.2   The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $ _____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor. (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3   The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7.  The undersigned (check one box only):

☒  ACCEPTS THE PLAN          ☐  REJECTS THE PLAN

Dated: _4/4/11_

Print or type name of Creditor: Directors Guild of America, Inc.

Authorized Signature: David E. Ahdoot, D. [signature]
Name of person signing this ballot

Title (if corporation or partnership): Counsel for the Directors Guild of America, Inc.

Address: 500 N. Central Ave, Suite 800
Glendale, CA 91203

Telephone Number: 818 - 773 - 3200
Fax Number: 818 - 773 - 3201

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

  ☒ 6.1    The undersigned is the holder of a Class ___5___ ☐ secured ☐ priority or ☒ unsecured
               nonpriority claim against the Debtor in the unpaid amount of Dollars $ _386,411_.

  ☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
               ☐ debt security claim against the Debtor, consisting of Dollars $_____,
               principal amount of (describe bond, debenture, or other debt security)
               _____ of the Debtor. (For the purposes of this Ballot, it is not
               necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

     ☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
     (number of shares) _____ or other interests (describe equity interest)
     _____ in the Debtor.

7. The undersigned (check one box only):

    ☒ ACCEPTS THE PLAN        ☐ REJECTS THE PLAN

Dated: _4/4/11_

Print or type name of Creditor: _DIRECTORS GUILD OF AMERICA - PRODUCER PENSION AND HEALTH PLAN_

Authorized Signature: _DAVID E. AHDOOT - D [signature]_
               Name of person signing this ballot

Title (if corporation or partnership): _COUNSEL FOR CREDITOR_

Address: _500 N. CENTRAL AVE, SUITE 800_
            _GLENDALE    CA    91203_

Telephone Number: _( 818 ) 973 - 3200_
Fax Number: _( 818 ) 973 - 3201_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒x 6.1     The undersigned is the holder of a Class _____ ☐ secured ☐ priority or☒ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $ 317,979 .

☐ 6.2      The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $_____, principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7.  The undersigned (check one box only):

☒xx☐ ACCEPTS THE PLAN          ☐ REJECTS THE PLAN

Dated: 3.31.2011

Print or type name of Creditor: Matthias Productions, Inc.

Authorized Signature _____ Richard L. Charnley
                                   Name of person signing this ballot

Title (if corporation or partnership): _____

Address: _____
         _____
         _____
Telephone Number: _____
Fax Number: _____

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

Exhibit 3, Page 15

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☒ **6.1**   The undersigned is the holder of a Class _5_ ☐ secured ☐ priority or ☒ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $ _3,704,179_ .

☐ **6.2**   The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $_____, principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ **6.3**   The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7. The undersigned (check one box only):

☒ ACCEPTS THE PLAN       ☐ REJECTS THE PLAN

Dated: _4/4/11_

Print or type name of Creditor: _MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS_

Authorized Signature: _DAVID E. AHDOOT_
Name of person signing this ballot

Title (if corporation or partnership): _COUNSEL FOR CREDITOR_

Address: _500 N. CENTRAL AVE, SUITE 800_
_GLENDALE, CA 91203_

Telephone Number: _818-973-7200_
Fax Number: _818-973-3201_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

Exhibit 3, Page 16

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☑ 6.1      The undersigned is the holder of a Class __5__  ☐ secured ☐ priority or ☒ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $ _123,066.56_

☐ 6.2      The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $_____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor. (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3      The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7.  The undersigned (check one box only):

☑  ACCEPTS THE PLAN             ☐  REJECTS THE PLAN

Dated: _March 24, 2011_

Print or type name of Creditor: _Nixon Peabody LLP_

Authorized Signature: _Diana M Brogan_
        Name of person signing this ballot

Title (if corporation or partnership): _Collections Analyst_

Address: _1100 Clinton Square_
        _Rochester, N.Y. 14604_
Telephone Number: _585 263-1000_
Fax Number: _585 263-1600_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile:  949-720-4111

Exhibit 3, Page 17

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class __5__ ☐ secured ☐ priority or ☒ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $9,279,574_____.

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $_____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor. (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7.  The undersigned (check one box only):

    ☒ XX    ACCEPTS THE PLAN              ☐    REJECTS THE PLAN

Dated: __3/31/2011__                                      Paul Haggis, Inc.; Mambo, Inc.;
                                              Print or type name of Creditor Bobby Moresco
                                              _____
                                              Authorized Signature: _____    Richard L. Charnley
                                                              Name of person signing this ballot
                                              _____
                                              Title (if corporation or partnership): _____
                                              Address: _____
                                              _____
                                              _____
                                              Telephone Number: _____
                                              Fax Number: _____

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1     The undersigned is the holder of a Class __5__ ☐ secured ☐ priority or ☒ unsecured
          nonpriority claim against the Debtor in the unpaid amount of Dollars $ 317,919 .

☐  6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
          ☐ debt security claim against the Debtor, consisting of Dollars $_____,
          principal amount of (describe bond, debenture, or other debt security)
          _____ of the Debtor. (For the purposes of this Ballot, it is not
          necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

   ☐  6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
   (number of shares) _____ or other interests (describe equity interest)
   _____ in the Debtor.

7.  The undersigned (check one box only):

    ☒ ACCEPTS THE PLAN              ☐ REJECTS THE PLAN

Dated: __3/31/2011_____

Print or type name of Creditor: Resarf, Inc.

Authorized Signature: _____ Richard L. Charnley
                      Name of person signing this ballot

Title (if corporation or partnership):_____

Address:_____
        _____
        _____
Telephone Number:_____
Fax Number:_____

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1   The undersigned is the holder of a Class _____ ☐ secured ☐ priority or ☐ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $ _4290_.

☐ 6.2   The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $ _____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor.  (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3   The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7. The undersigned (check one box only):

☒ ACCEPTS THE PLAN          ☐ REJECTS THE PLAN

Dated: _3|17|11_

Print or type name of Creditor: _Sapper & Flint Accounting Corp_

Authorized Signature: _Russy 4L_
Name of person signing this ballot

Title (if corporation or partnership): _President_

Address: _19528 Ventura Blvd # 362_
_Tarzana CA 91356_

Telephone Number: _818 783-3400_
Fax Number: _818 783-9052_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile:  949-720-4111

Winthrop Couchot, PC

MAR 2 1 2011

Received

-2-

Exhibit 3, Page 20

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

[X] 6.1    The undersigned is the holder of a Class __5__ ☐ secured ☐ priority or [X] unsecured
           nonpriority claim against the Debtor in the unpaid amount of Dollars $ _100,000_ .

☐ 6.2      The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
           ☐ debt security claim against the Debtor, consisting of Dollars $_____,
           principal amount of (describe bond, debenture, or other debt security)
           _____ of the Debtor.  (For the purposes of this Ballot, it is not
           necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3      The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
           (number of shares) _____ or other interests (describe equity interest)
           _____ in the Debtor.

7.  The undersigned (check one box only):

    [X]  ACCEPTS THE PLAN            ☐  REJECTS THE PLAN

    Dated: _3-18-2011_

    Print or type name of Creditor: _Star Insurance Company_

    Authorized Signature: _James W Coupe_
    Name of person signing this Ballot
    _James W. Coupe_

    Title (if corporation or partnership): _Authorized Representative_

    Address: _C/o Klinedinst PC_
    _777 South Figueroa St, 47th Floor_
    _Los Angeles, CA 90017_
    Telephone Number: _(213) 406-1171_
    Fax Number: _(213) 607-2116_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile:  949-720-4111

-2-

_Read 3/18/11 -PJ_

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1     The undersigned is the holder of a Class __5__  ☐ secured ☐ priority or ☒ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $ _8,209,440_.

☐ 6.2     The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $_____, principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3     The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7. The undersigned (check one box only):

☒   ACCEPTS THE PLAN        ☐   REJECTS THE PLAN

Dated: _4/4/11_

Print or type name of Creditor: _Screen Actors Guild, Inc._

Authorized Signature: _David E Ahdoot - D Ahd_
Name of person signing this ballot

Title (if corporation or partnership): _Counsel for the Screen Actors Guild, Inc._

Address: _500 N. Central Ave, Suite 800_
_Glendale, CA 91203_

Telephone Number: _818 - 973 - 5200_
Fax Number: _818 - 973 - 3201_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class __5__ ☐ secured ☐ priority or ☒ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $ _433,357_ .

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $_____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor. (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7. The undersigned (check one box only):

☒ ACCEPTS THE PLAN        ☐ REJECTS THE PLAN

Dated: _4/7/11_

Print or type name of Creditor: _SCREEN ACTORS GUILD- PRODUCER PENSION AND HEALTH PLAN_

Authorized Signature: _DAVID E. AHDOOT -_
Name of person signing this ballot

Title (if corporation or partnership): _COUNSEL FOR CREDITOR_

Address: _500 N. CENTRAL AVE, SUITE 800_
_GLENDALE CA 91203_

Telephone Number: _(818 - 973 -3200_
Fax Number: _818 - 973 -3201_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class ___5___ ☐ secured ☐ priority or ☒ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $ _1,434,812_ .

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $ _____, principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7.  The undersigned (check one box only):

☒    ACCEPTS THE PLAN          ☐    REJECTS THE PLAN

Dated: _4/4/11_

Print or type name of Creditor: _WRITERS GUILD OF AMERICA, WEST, INC._

Authorized Signature: _DAVID C ANDROT_ — _D_____
Name of person signing this ballot

Title (if corporation or partnership): _Counsel for the Writers Guild of America, West, Inc._

Address: _500 N. CENTRAL AVE, SUITE 800_
_GLENDALE   CA   91203_

Telephone Number: _(818) 773-3200_
Fax Number: _(818) 973-3201_

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile:  949-720-4111

-2-

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1    The undersigned is the holder of a Class ___5___ ☐ secured ☐ priority or ☒ unsecured
nonpriority claim against the Debtor in the unpaid amount of Dollars $___100,000___

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or
☐ debt security claim against the Debtor, consisting of Dollars $_____,
principal amount of (describe bond, debenture, or other debt security)
_____ of the Debtor. (For the purposes of this Ballot, it is not
necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of
(number of shares) _____ or other interests (describe equity interest)
_____ in the Debtor.

7. The undersigned (check one box only):

☒ ACCEPTS THE PLAN        ☐ REJECTS THE PLAN

Dated: ___3-18-2011___

Print or type name of Creditor: _XL Reinsurance America Inc._

Authorized Signature: _____

Name of person signing this ballot
_James W. Coupe_

Title (if corporation or partnership): _Authorized Representative_

Address: _c/o Klinedinst PC_
_777 South Figueroa St., 47th Floor_
_Los Angeles, CA 90017_
Telephone Number: _(213) 406-1171_
Fax Number: _(213) 607-2116_

**RETURN THIS BALLOT TO:**

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

_Read 3/18/11 · PJ_

Apr 08 11 06:26p      jimi's xp                                    732 764 0387                    p.1

## ACCEPTANCE OR REJECTION OF THE PLAN

6.  Complete the appropriate line below, which describes your interest (select only one):

☐ 6.1    The undersigned is the holder of a Class _____ ☐ secured ☐ priority or ☐ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $_____

☐ 6.2    The undersigned is the holder of a Class _____ (check one box only) ☑ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $ _3 million_ , principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

☐ 6.3    The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7.  The undersigned (check one box only):

☑ ACCEPTS THE PLAN              ☐ REJECTS THE PLAN

Dated: _4/8/2011_

Print or type name of Creditor: _James B Robb_
_AKA Jimmy Robb_
Authorized Signature: _____
                      Name of person signing this ballot

Title (if corporation or partnership): _____

Address: _16 MT BETHEL RD_
_WARREN NJ #364_
_07059_
Telephone Number: _732 742 6801_
Fax Number: _____

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

-2-

**EXHIBIT "4"**

Case 2:10-bk-12122-BR   Doc 253   Filed 04/13/11   Entered 04/13/11 18:47:15   Desc
3/25/2011 5:31:06 PM   Main Document — Kaye Scholer LLP   Page 3
Main Document   Page 31 of 33

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below, which describes your interest (select only one):

☒ 6.1   The undersigned is the holder of a Class __5__  ☐ secured ☐ priority or ☒ unsecured nonpriority claim against the Debtor in the unpaid amount of Dollars $ 20,068,000.00 .

☐ 6.2   The undersigned is the holder of a Class _____ (check one box only) ☐ bond, ☐ debenture, or ☐ debt security claim against the Debtor, consisting of Dollars $_____, principal amount of (describe bond, debenture, or other debt security) _____ of the Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

   ☐ 6.3   The undersigned is the holder of Class _____ equity interest in the Debtor, consisting of (number of shares) _____ or other interests (describe equity interest) _____ in the Debtor.

7. The undersigned (check one box only):

   ☐ ACCEPTS THE PLAN        ☒ REJECTS THE PLAN

   Dated: 3/25/2011

   Print or type name of Creditor: R. Alexander Pilmer, Chapter 7 Trustee in Yari Film Group Releasing

   Authorized Signature: _____
   Name of person signing this ballot

   Title (if corporation or partnership): _____

   Address: Kaye Scholer LLP
   1999 Avenue of the Stars Suite 1700
   Los Angeles, CA 90039
   Telephone Number: 310-788-1000
   Fax Number: 310-788-1200

RETURN THIS BALLOT TO:

Winthrop Couchot Professional Corporation
PJ Marksbury, Legal Assistant
660 Newport Center Dr., 4th Fl.
Newport Beach, California 92660

pj@winthropcouchot.com

Facsimile: 949-720-4111

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **BALLOTS CAST IN ACCEPTANCE AND REJECTION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 13, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 13, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 13, 2011 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| Date | Type Name | Signature |

NEF SERVICE LIST

- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Michael F Chekian    mike@cheklaw.com, msalanick@cheklaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Marc S Cohen    mcohen@kayescholer.com
- Jeremy Faith    jfaith@goodmanfaith.com
- David Guess    dguess@ktbslaw.com
- Alan S Gutman    alangutman@gutmanlaw.com
- Garrick A Hollander    ghollander@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Joseph A Kohanski    jkohanski@bushquinonez.com, tjimines@bushgottlieb.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com – **COUNSEL TO CREDITORS' COMMITTEE, LIMITED OBJECTING PARTY**
- Yonaton M Rosenzweig    yoni.rosenzweig@kattenlaw.com
- James R Selth    jim@wsrlaw.net, charles@wsrlaw.net
- Jonathon Shenson    jshenson@ktbslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster    pwebster@buchalter.com
- Eric D Winston    ericwinston@quinnemanuel.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Melvin Yee    myee@bushgottlieb.com, tjimines@bushgottlieb.com