ROBERT E. OPERA (State Bar No. 101182)
WINTHROP COUCHOT
PROFESSIONAL CORPORATION
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for Debtor and Debtor-in-Possession

and

JONATHAN S. SHENSON (State Bar No. 184250)
KORIN A. ELLIOTT (State Bar. No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

Counsel to MHF Zweite Academy Film GmbH & Co., KG

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PERSIK PRODUCTIONS, INC.,<br>f/k/a BOB YARI PRODUCTIONS,<br><br>    Debtor and<br>    Debtor in Possession. | Case No.: 2:10-12122-BR<br><br>Chapter 11<br><br>**STIPULATION TO APPROVE AGREEMENT AND TO EXTEND TIME FOR MHF ZWEITE ACADEMY FILM GMBH & CO., KG TO OBJECT TO AND VOTE WITH RESPECT TO DEBTOR'S CHAPTER 11 PLAN**<br><br>    **Plan Confirmation Hearing**<br>Date:    April 20, 2011<br>Time:   2:00 p.m.<br>Place:  Courtroom 1668<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

This stipulation (the "Stipulation") is entered into by and between Persik Productions, Inc., f/k/a Bob Yari Productions (the "Debtor") and MHF Zweite Film Academy GmbH & Co., KG ("MHF"; MHF and the Debtor are each a "Party" and together are the "Parties"). This Stipulation is based on the facts set forth below:

## RECITALS

A.   On January 20, 2010 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Bankruptcy Court") as case *In re Persik Productions, Inc., f/k/a Bob Yari Productions*, case no. 10-bk-12122 BR (the "Bankruptcy Case").

B.   On November 7, 2010, MHF filed a proof of claim in the Bankruptcy Case [Claim No. 26] in the amount of $2,098,374.48 plus certain un-liquidated and other amounts due under certain purchase and assignment of rights, production services and distribution agreements (the "MHF Claim"). In addition, MHF holds ownership interests in the copyrights along with other related rights in two of the films, *Find Me Guilty* and *First Snow*, in the film library of the Debtor's subsidiaries and asserts claims in connection therewith against certain of the Debtor's subsidiaries.

C.   On March 11, 2011, Debtor filed the *Debtor's Second Amended Chapter 11 Plan of Reorganization*, Docket No. 221 (the "Plan") and accompanying amended disclosure statement, Docket No. 222 (the "Disclosure Statement"). In connection therewith, Debtor filed a *Notice of Hearing* on its motion for order confirming the Plan, scheduling a hearing for April 20, 2011 (the "Confirmation Hearing") to consider confirmation of the Plan and fixing March 25, 2011 as the deadline for filing and serving written objections to the Plan as well as for creditors to return ballots containing written acceptances or rejections of the Plan to Debtor's counsel (the "Objection Deadline"), Docket No. 228.

D.   The Debtors' Plan provides for a restructuring of Debtor around its existing film library held by its subsidiaries and affiliates, which film library includes, among other films

and film rights, the films for which MHF owns the copyrights and to which MHF asserts certain other rights.

E. Certain issues surrounding the MHF Claim have arisen, including disputes as to whether German law governs the underlying agreements, which MHF asserts would, among other things, give MHF the right to terminate them.

F. MHF has worked throughout the Bankruptcy Case to improve the prospects for a recovery for general unsecured claims of this Debtor's estate and, in part, as a result of that continuing diligence, (at considerable risk that it would not get any return on its allowed general unsecured claim, as a result), under the Plan, distributions to general unsecured creditors are projected to be 6.29 and 8.4%.

G. MHF has raised certain concerns with the Plan (the "MHF Objections") and, in an attempt to consensually resolve these concerns and the MHF's Claim, the Parties have been engaged in ongoing settlement negotiations, which have now resulted in a consensual resolution. In order to achieve this resolution, the Debtor agreed to multiple extensions of the Objection Deadline for MHF, including the most recent extension until 12:00 p.m. on April 14, 2011.

H. As a result of this consensual resolution, the need to seek Court approval of the same (through the "9019 Motion"), and in the hopes of obviating the need for MHF to file an objection to the Plan, the Debtor and MHF have agreed to the provisional allowance of a deemed vote in acceptance of the Plan by MHF and have further agreed, to the extent necessary, to extend the Objection Deadline for MHF, all as set forth and subject to the terms and conditions in greater detail below.

**NOW, THEREFORE**, in consideration of the promises and mutual covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties enter into the following Stipulation.

## STIPULATION

1. Subject to the continuing compliance of the obligations under this Stipulation by the Debtor, MHF shall, and does hereby, agree not to file any objection to the Plan until the Termination Date, as defined below.

2. The Confirmation Hearing on the Plan shall occur, as scheduled, on April 20, 2011. The Debtor and MHF shall cooperate and use their commercially reasonable efforts to have the 9019 Motion heard on April 20, 2011, including, without limitation, by requesting that the Court hear and consider the 9019 Motion on a shortened time or emergency basis.

3. Notwithstanding the preceding or anything to the contrary in any order entered in this Case (including, without limitation, the order approving this Stipulation, and, specifically, the immediately preceding paragraph 2 hereof), the Debtor hereby agrees that, prior to the Debtor proceeding with the Confirmation Hearing, a hearing shall be held on the relief sought in the 9019 Motion.

4. In the event that this Court denies the 9019 Motion and the Debtor's request thereby for entry of an order approving a resolution of the MHF Objections and the MHF Claim on terms materially acceptable to the Debtor and to MHF (the date of any such denial referred to herein as the "Termination Date"), the Confirmation Hearing shall be continued to a date approximately fourteen (14) days after the Termination Date, or as soon thereafter as the Court's schedule will permit.

5. Notwithstanding anything to the contrary, MHF shall have two (2) business days after the occurrence of the Termination Date to file any objection to the Plan and to vote on the Plan which for all purposes shall, and is hereby, deemed to be timely. Subject to the immediately preceding sentence, until any occurrence of the Termination Date, the Debtor shall be, and is hereby, entitled to recognize MHF's claims as having voted in favor the Plan on a provisional basis subject to the terms of this Stipulation.

6. In the event that the Termination Date occurs and MHF files any objection to the Plan, the Debtor and other interested parties shall have not less than seven (7) days to file replies to such objection.

7. In the event that the 9019 Motion is not approved by the Court by May 4, 2011, the Debtor shall have the right, in the exercise of its sole and absolute discretion, to give notice to MHF of the occurrence of the Termination Date under paragraph 4 hereof.

8. This Stipulation may be executed in counterparts and/or with electronic signatures.

DATED: April 14, 2011          WINTHROP COUCHOT PROFESSIONAL CORPORATION

By: _____
ROBERT E. OPERA

General Insolvency Counsel for Debtor and Debtor-in-Possession

DATED: April 14, 2011          KLEE, TUCHIN, BOGDANOFF & STERN LLP

By:  /s/ Jonathan S. Shenson
JONATHAN S. SHENSON

Counsel for MHF Zweite Film Academy GmbH & Co., KG

| In re:<br>PERSIK PRODUCTIONS, INC.,<br>f/k/a BOB YARI PRODUCTIONS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:10-12122-BR |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **STIPULATION TO APPROVE AGREEMENT AND TO EXTEND TIME FOR MHF ZWEITE ACADEMY FILM GMBH & CO., KG TO OBJECT TO AND VOTE WITH RESPECT TO DEBTOR'S CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 15, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2011 | Susan Connor | _____ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2009*                                                                                                              **F 9013-3.1**

| In re:<br>PERSIK PRODUCTIONS, INC., a Delaware corporation,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-12122-BR |
|---|---|

## SERVICE LIST

NEF SERVICE LIST
- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Michael F Chekian    mike@cheklaw.com, msalanick@cheklaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Marc S Cohen    mcohen@kayescholer.com
- Jeremy Faith    jfaith@goodmanfaith.com
- David Guess    dguess@ktbslaw.com
- Alan S Gutman    alangutman@gutmanlaw.com
- Garrick A Hollander    ghollander@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Joseph A Kohanski    jkohanski@bushquinonez.com, tjimines@bushgottlieb.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Yonaton M Rosenzweig    yoni.rosenzweig@kattenlaw.com
- James R Selth    jim@wsrlaw.net, charles@wsrlaw.net
- Jonathon Shenson    jshenson@ktbslaw.com **PARTY TO STIPULATION**
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster    pwebster@buchalter.com
- Eric D Winston    ericwinston@quinnemanuel.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- Melvin Yee    myee@bushgottlieb.com, tjimines@bushgottlieb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2009*                                                                    **F 9013-3.1**