Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email: jrichards@pszjlaw.com
         mpagay@pszjlaw.com

Attorneys for John Hyde, Plan Agent

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:10-12122-BR |
| PERSIK PRODUCTIONS, INC., | Chapter 11 |
| Debtor | **NOTICE OF EFFECTIVE DATE OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION** |
| | **Effective Date:  October 12, 2011** |

**PLEASE TAKE NOTICE** that:

1. On May 26, 2011, the Court entered its order confirming the *Debtor's Second Amended Chapter 11 Plan of Reorganization* (the "Plan").[1]  Copies of the Plan and the order confirming the Plan may be obtained through the Court's PACER document access system at https://ecf.cacb.uscourts.gov/ or upon written request to counsel identified in the upper left-hand corner of the first page of this Notice.

2. In connection with certain defaults (collectively, "Events of Default") by Davand and related parties of their obligations under the Plan and that certain *Stipulation for:  (1) Further Extension of Time to File Plan of Reorganization and Disclosure Statement; (2) Further Extension of Debtor's Exclusive Periods to File Plan of Reorganization and to Solicit Acceptances to Plan of Reorganization; and (3) Posting of Plan Deposit*, entered into on or around November 30, 2010, on

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Plan.

August 11, 2011, the Debtor, Yari, Davand, certain parties affiliated with the foregoing (collectively, "Yari Parties"), the Guilds, Committee and John Hyde, in his capacity as the Plan Agent under the Plan ("Plan Agent"),[2] entered into a Forbearance Agreement ("Forbearance Agreement") pursuant to which the Committee, Guilds and Plan Agent (collectively, the "Forbearing Parties") agreed to forbear from exercising their respective rights and remedies against the Yari Parties arising from the Events of Default and to defer certain obligations of the Yari Parties under the Plan, under the terms and conditions set forth in the Forbearance Agreement.

3.    **Effective Date.**  On or around November 1, 2011, the parties entered into an Amendment to Forbearance Agreement (the "Amendment"), which, among other provisions, establishes the Effective Date under the Plan to be **October 12, 2011**.[3]

4.    **Plan Agent and Reorganized Debtor Contact Information of Counsel.**  The name and contact information of the Plan Agent under the Plan is provided below:

> John Hyde, Plan Agent
> c/o Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, California  90067
> Attn:  Jeremy V. Richards / Malhar S. Pagay

The contact information of the Reorganized Debtor is provided below:

> Persik Productions, Inc.
> c/o Winthrop Couchot Professional Corporation
> 660 Newport Center Drive, Suite 400
> Newport Beach, California  92660
> Attn:  Robert E. Opera

5.    **Administrative Claims Bar Date and Objections to Administrative Claims.**  Pursuant to the Plan, the Administrative Claims Bar Date is November 11, 2011.  Any holder of an Administrative Claim that is required to file a request for payment of its Administrative Claim by the Administrative Claims Bar Date and that does not file by the Administrative Claims Bar Date such request for payment shall be forever barred from asserting such Administrative Claim against the

---

[2] The "Plan Agent" shall have the meaning defined in the Plan at § 2.1.108.
[3] Nothing contained herein shall be construed as a waiver by the Forbearing Parties of their rights to compel payment of the outstanding balance of $13,000.00 identified in paragraph 2 of the Amendment, and to declare a default or enforce any party's obligations under the Plan, Forbearance Agreement, or Amendment, all such rights being expressly reserved.

Plan Fund, Plan Agent, Debtor, the Reorganized Debtor, the Estate or any property or assets of any of the foregoing. All objections to the allowance of claims subject to the Administrative Claims Bar Date must be filed no later than December 26, 2011.

6. **Claims Objection Deadline.** Unless another date is established by order of the Bankruptcy Court, an objection to a Claim must be filed with the Bankruptcy Court and served on the Creditor holding such Claim on or before the latest of (a) April 9, 2012; (b) the ninetieth (90th) day after a Proof of Claim with respect to a specific Claim is filed by the Creditor; and (c) such greater period of limitation as may be fixed or extended by the Bankruptcy Court or by agreement of the Creditor asserting such Claim.

7. **Bar Date for Filing Avoidance Action Payment Claims.** Any Avoidance Action Payment Claim shall be forever barred, shall not be enforceable against the Debtor, the Reorganized Debtor, Plan Agent or the Plan Fund and shall not be entitled to any Distribution under the Plan, unless a Proof of Claim for such Avoidance Action Payment Claim is filed and served on the Plan Agent and the Reorganized Debtor within thirty (30) days after the later of (a) the date of entry of the order of the Bankruptcy Court adjudging the Creditor's liability to the Debtor or to the Plan Fund on account of an Avoidance Action; and (b) the date of service of notice of the Bar Date upon the Creditor asserting the Avoidance Action Payment Claim.

8. **Bar Date for Rejection Claims.** Any Rejection Claim shall be forever barred, shall not be enforceable against the Debtor, Reorganized Debtor, Plan Agent or the Plan Fund, and shall not be entitled to any Distribution under the Plan, unless a Proof of Claim for such Rejection Claim is filed and served on the Reorganized Debtor and the Plan Agent within thirty (30) days after the later of (a) the date of entry of the order of the Bankruptcy Court approving the rejection of the executory contract or unexpired lease; and (b) the date of service of notice of the Bar Date upon the Creditor asserting the Rejection Claim.

Dated: November 3, 2011          PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Malhar S. Pagay*
Malhar S. Pagay
Attorneys for John Hyde, Plan Agent

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 11th Fl., Los Angeles, CA 90067.

The foregoing document described as **NOTICE OF EFFECTIVE DATE OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 3, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **November 3, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via Federal Express**
The Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 3, 2011 | Megan J Wilson | /s/ Megan J Wilson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**
DOCS_LA:246980.1 69979-001

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- David E Ahdoot    dahdoot@bushgottlieb.com, jpalmer@bushgottlieb.com
- Michael F Chekian    mike@cheklaw.com, msalanick@cheklaw.com
- Alicia Clough    alicia.clough@kayescholer.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Jeremy Faith    jfaith@goodmanfaith.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- David Guess    dguess@ktbslaw.com
- Alan S Gutman    alangutman@gutmanlaw.com
- Garrick A Hollander    ghollander@winthropcouchot.com, gcrumpacker@winthropcouchot.com;pj@winthropcouchot.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Joseph A Kohanski    jkohanski@bushquinonez.com, jpalmer@bushgottlieb.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Alvin Mar    alvin.mar@usdoj.gov
- Ron Maroko    ron.maroko@usdoj.gov
- Robert E Opera    ropera@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Yonaton M Rosenzweig    yoni.rosenzweig@kattenlaw.com
- James R Selth    jim@wsrlaw.net
- Jonathon Shenson    jshenson@ktbslaw.com
- Howard Steinberg    hsteinberg@irell.com, awsmith@irell.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster    pwebster@buchalter.com
- Eric D Winston    ericwinston@quinnemanuel.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Melvin Yee    myee@bushgottlieb.com, jpalmer@bushgottlieb.com

**II. SERVED BY U.S. MAIL**

*See Attached Service List*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

DOCS_LA:246980.1 69979-001

```
Label Matrix for local noticing          Equity Pictures Medienfonds GmbH & Co. KG II   Harvadania Corporation
0973-2                                    c/o Howard J. Steinberg                       c/o Weintraub & Selth, APC
Case 2:10-bk-12122-BR                     Irell & Manella LLP                           11766 Wilshire Blvd., Suite 1170
Central District Of California            1800 Avenue of the Stars, 9th Floor           Los Angeles, CA 90025-6553
Los Angeles                               Los Angeles, CA 90067-4201
Thu Nov  3 17:33:56 PDT 2011

John Hyde, Plan Agent                     Kaye Scholer LLP                              Official Committee of Unsecured Creditors in
                                          1999 Avenue of the Stars, Suite 1700          Kaye Scholer LLP
                                          Los Angeles, CA 90067-4622                    1999 Avenue of the Stars, Suite 1700
                                                                                        Los Angeles, CA 90067-4622


Persik Productions, Inc.                  Screen Actors Guild Inc; Directors Guild of   United Talent Agency, a Cal. Corp.
10850 Wilshire Blvd., 6th Fl.             c/o Bush Gottlieb et al.                      c/o Freedman & Taitelman, LLP
Los Angeles, CA 90024-4319                Joseph A. Kohanski                            Bryan Freedman, Esq. Jonathan Genish Esq
                                          500 N. Central Avenue, Ste. 800               1901 Ave. of the Stars, Ste. 500
                                          Glendale, CA 91203-3345                       Los Angeles, CA 90067-6027


Warner Bros. Entertainment Inc.           Winthrop Couchot Professional Corporation     Los Angeles Division
4000 Warner Blvd.                         660 Newport Center Drive, 4th Floor           255 East Temple Street,
Bldg 156, Rm. 5158                        Newport Beach, CA 92660-6401                  Los Angeles, CA 90012-3332
Burbank, CA 91522-0001


Alex Pilmer,Chp.7 Trustee of YFGR         Alliance Atlantis Releasing Limited           Alliance Atlantis Releasing Ltd et al.
Kaye Scholer LLP, Attn: Marc S. Cohen     dba Momentum Pictures                         Yonaton M Rosenzweig
1999 Avenue of the Stars, 17th Floor      Eric Winston Esq & Yonaton Rosenzwig          Bruce E Van Dalsem, Esq.
Los Angeles, CA 90067-4622                865 S. Figueroa St 10th Fl                    Quinn Emanuel Urquhart Oliver & Hedges L
                                          Los Angeles, CA 90017-5003                    865 South Figueroa Street, 10th Floor
                                                                                        Los Angeles, CA 90017-5003

Alliance Films Inc.                       Apollo ProScreen GmbH & Film Production KG    ApolloProScreen/Co Filmprod KG
c/o Yonaton Rosenzweig                    Thomas Becker & Jorg Westerkamp               Attn:  Jorg Westercamp
Katten Muchin Rosenman, LLP               Candidplatz 11                                Alte Landstrasse 25
2029 Century Park East, Suite 2600        81543 Munich                                  85521 Ottobrunn Germany
Los Angeles, CA 90067-3012                Germany


ApolloProScreen/Co Filmprod KG            Aurum Producciones, S.A.                      Bananafish Filmworks, Inc
Attn:  Peter J. Anderson, Esq.            c/o Bruce Van Dalsem and Eric Winston         Atn B Koppleman-Endvr Agcy
100 Wilshire Blvd., #2010                 865 S. Figueroa St. Tenth Floor               9601 Wilshire Blvd, 3rd Fl
Santa Monica, CA 90401-1153               Los Angeles, CA 90017-2543                    Beverly Hills, CA 90210-5219


Bank Leumi USA                            Barkley Court Reporters                       Baseline, Inc.
Attn:  Authorized Agent                   Attn:  Corporate Officer                      Attn:  Corporate Officer
8383 Wilshire Blvd., #400                 File No 50217                                 File 50748
Beverly Hills, CA 90211-2400              Los Angeles, CA 90074-0001                    Los Angeles, CA 90074-0748


Baute & Tidus                             Canipre                                       Cathy Schulman, et al.
Attn:  Corporate Officer                  Attn:  Corporate Officer                      Attn:  RD Dal Soglio/Dal Soglio-Martens
801 S. Figueroa St., #1100                2813 Bethel Road                              2250 E. Imperial Hwy, #200
Los Angeles, CA 90017-5504                New Hamburg, ON N3A2X9                        Los Angeles, CA 90059


Chubb Insurance Co of Canada              City of LA, Office of finance                 City of Los Angeles Ofc Fin
Attn:  Corporate Officer                  Attn: Wendy Loo                               Attn:  Authorized Agent
1 Financial Pl/1 Adelaide St E            200 N. Main St Ste 920                        P.O. Box 53233
Toronto, ON M5C 2V9                       Los Angeles CA 90012-4128                     Los Angeles, CA 90053-0233
```

```
Contagious Entertainment            Contagious Entertainment           Contagious Entertainment LLC c/o The Marguli
Attn:  Ted Liebowitz                c/o Law Offices of Robert A. Kahn   16030 Ventura Blvd Suite 470
110 Anchorage Road                  5550 Topanga Cyn Blvd., #200        Encino CA 91436-4493
Hewlett, NY 11557-2502              Woodland Hills, CA 91367-7445


Contagious Entertainment, LLC       Corporation Service Company         D.R. Reiff & Associates
Attn: Robert A. Kahn, Esq.          Attn:  Corporate Officer            Attn:  Corporate Officer
5550 Topanga Canyon Bl #200         P.O. Box 13397                      320 West 57th Street
Woodland Hills, CA 91367-7445       Philadelphia, PA 19101-3397         New York, NY 10019-3705


Daniel Keston                       Directors Guild of America, Inc.   Directors Guild of America, Inc.
16907 Dulce Ynez Lane               Attn:  Corporate Officer            c/o J. Kohanski/D. Ahdoot
Pacific Palisades, CA 90272-2812    7920 W. Sunset Blvd.,               Bush Gottlieb Singer et al.
                                    Los Angeles, CA 90046-3347          500 N. Central Ave., Ste. 800
                                                                        Glendale, CA 91203-3345


Directors Guild of America-Producer Pension   E1 Films Canada Inc.      Employment Development Dept.
c/o J. Kohanski/D. Ahdoot           Alan S. Gutman, Esq.                Bankruptcy Group MIC 92E
Bush Gottlieb Singer et al.         John Juenger, Esq.                  PO Box 826876
500 N. Central Ave., Ste. 800       Law Offices of Alan S. Gutman       Sacramento, CA 94280-0001
Glendale, CA 91203-3345             9401 Wilshire Boulevard, Suite 575
                                    Beverly Hills, CA 90212-2918


Equity Pictures Medien/Co KG II     F.A.W. Pictures Inc.                Fleetwood Limousine, Ltd
Attn:  Florian Lechner              Attn:  Corporate Officer            Attn:  Managing Partner
HRB Munchen 163539                  116 Pinehurst Ave/ H64              5839 Green Valley Cir, #102
Zillertalstr. 49 Germany            New York, NY 10033-1755             Culver City, CA 90230-6962


Franchise Tax Board                 Genga & Associates                  Gregory Yates ESq
Attn:  Bankruptcy                   Attn:  Corporate Officer            16830 Ventura Blvd Ste 250
PO Box 2952                         15260 Ventura Blvd., #1810          Encino CA 91436-1715
Sacramento, CA 95812-2952           Sherman Oaks, CA 91403-5350


Grosvenor Park Investors, LLC       HARVADANIA CORP                     Harvadania Corp c/o G Bodell
Attn:  Managing Member              C/O DANIEL J WEINTRAUB              Kozberg & Bodell, LLP
2029 Century Park East, #1800       12121 WILSHIRE BLVD STE 1300        1800 Century Park E, 8th Fl
Los Angeles, CA 90067-3004          LOS ANGELES CA 90025-1166           Los Angeles, CA 90067-1501


Heenan Blaikie LLP                  Holland + Knight LLP                Howard Ehrenberg, Ch7 Trustee Axium Internat
Attn: Managing Partner              Attn:  Corporate Officer            c/o Daniel H Gill Esq
1055 W Hastings St., #2200          131 South Dearborn                  Ezra Brutzkus Gubner LLP
Vancouver BC V6E 2E9                Chicago, IL 60603-5550              21650 Oxnard St Ste 500
                                                                        Woodland Hills, CA 91367-4911


ICB Entertainment Fin/Imperial Cap. Bank   Internal Revenue Service    Jacobson Russell, et al.
Attn:  Authorized Agent             Special Procedures/Bankr            Attn:  JP Friedman/JP Friedman Asc
1840 Century Park East, 10th Fl.    PO Box 1431                         9903 Santa Monica, Blvd.
Los Angeles, CA 90067-2101          Los Angeles, CA 90053               Beverly Hills, CA 90212-1671


James Robb                          James Robb                          Jason Byers
25 Mattben Drive                    Attn:  MT Anderson/Loeb & Loeb      332 Bleecker St. #K46
Warren, NJ 07059-7142               10100 Santa Monica Blvd., #2200     New York, NY 10014-2980
                                    Los Angeles, CA 90067-4120
```

| | | |
|---|---|---|
| Katy Garfield<br>30 Bergen Street #3<br>Brooklyn, NY 11201-6302 | Key Equipment Finance, Inc.<br>1000 S. McCaslin Blvd.<br>Superior, CO 80027-9437 | Levien Works, Inc.<br>Atn D Levien-Endvr Agcy<br>9601 Wilshire Blvd, 3rd Fl<br>Beverly Hills, CA 90210-5219 |
| Levine Sullivan et al LLP<br>Attn: Managing Partner<br>230 Park Ave, #1160<br>New York, NY 10169-1160 | Los Angeles Cnty Tax Coll<br>225 North Hill Street<br>Los Angeles, CA 90012-3232 | Los Angeles County Assessor<br>500 W. Temple Street, Rm 320<br>Los Angeles, CA 90012-4199 |
| Los Angeles County Treasurer and Tax Collect<br>PO box 54110<br>Los Angeles, Ca 90054-0110 | M. Norseman<br>c/o Levene Neale Bender Rankin & Brill<br>10250 Constellation Blvd., #1700<br>Los Angeles, CA 90067-6253 | M. Norseman<br>c/o Richard L. Charnley, Esq.<br>Ropers, Majeski Kohn & Bentley<br>515 S. Flower St., #1100<br>Los Angeles, CA 90071-2213 |
| MATT DILLON, D/B/A MATTHIAS PRODUCTIONS, INC<br>Richard L. Charnley<br>Ropers Majski Kohn & Bentley<br>515 S. Flower St #1100<br>Los Angeles CA 90071-2213 | MHF Zweite Acad Film/Co KG<br>Attn: Wolfgang Schamburg<br>Kolosseum Strasse 1<br>Munchen 80469 Germany | MHF Zweite Academy Film GmbH & Co., KG<br>C/O Klee, Tuchin, Bogdanoff & Stern LLP<br>Attention: Jonathan Shenson<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067-6049 |
| MHF Zweite Academy Film GmbH Co. KG (MHF)<br>attn: Janathan S Shenson, Esq.<br>Klee, Tuchin, Bogdanoff & Stern, LLP<br>1999 Avenue of the Stars, 39th Fl<br>Los Angeles, CA 90067-6049 | Martin Norseman<br>Attn: JR Matheny/Muse Matheny<br>9440 Santa Monica Blvd., #515<br>Beverly Hills, CA 90210-4608 | Michael London Prod Inc<br>Atn M London-Endeavor Agcy<br>9601 Wilshire Blvd, 3rd Fl<br>Beverly Hills, CA 90210-5219 |
| Momentum/Aurum/MPD<br>Attn: BE Van Dalsem/Quinn et al<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, CA 90017-5003 | Motion Picture Distribution<br>c/o Bruce Van Dalsem & Yonaton<br>Rosenzweig Quinn Emanuel et al.<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, CA 90017-5003 | Motion Pictures Industry Pension & Health Pl<br>Attn: Joseph A. Kohanski, Esq.<br>500 No. Central Ave., Ste 800<br>Glendale, CA 91203-3345 |
| NTN, Inc./Edward Norton<br>c/o Robert Offer<br>9601 Wilshire Blvd, #500<br>Beverly Hills, CA 90210-5207 | Nahai Law Group<br>Attn: Behzad Nahai, Esq.<br>10850 Wilshire Blvd., Suite 1100<br>Los Angeles, CA 90024-4323 | Nixon Peabody, LLP<br>Attn: Alison D'Angelo<br>100 Summer Street<br>Boston, MA 02110-2131 |
| O'Melveny & Meyers, LLP<br>Attn: Managing Partner<br>400 S Hope St., 10th Fl.<br>Los Angeles, CA 90071-2899 | Office of the U.S. Trustee<br>725 S. Figueroa St., 26th Fl.<br>Los Angeles, CA 90017-5524 | Palatine Hills/Paul Giamatti<br>c/o Robert Offer<br>9601 Wilshire Blvd, #500<br>Beverly Hills, CA 90210-5207 |
| Paul Haggis, Inc.<br>Ricahrd L Charnley<br>Roper Majeski Kohn & Bently<br>515 S Flower St #1100<br>Los Angeles, CA 90071-2213 | Paul Haggis, Inc; Mambo, Inc, Bobby Moresco<br>Ricahrd L Charnley<br>Roper Majeski Kohn & Bently<br>515 S Flower St #1100<br>Los Angeles, CA 90071-2213 | Paul Haggis, et al<br>Attn: RL Charnley/Ropers et al<br>515 S. Flower St., #1100<br>Los Angeles, CA 90071-2213 |
| Persik Productions, Inc.<br>Attn: Dennis S. Brown, CFO<br>10850 Wilshire Blvd, 6th Fl<br>Los Angeles, CA 90024-4319 | Pilot Boy Productions, Inc.<br>c/o Squire Sanders & Dempsey<br>Atten: Fred Nance & Sherri Dahl<br>4900 Key Tower, 127 Public Sq.<br>Cleveland, OH 44114-1304 | Proskauer Rose LLP<br>Attn: Managing Partner<br>2049 Century Park East, Ste 3200<br>Los Angeles, CA 90067-3206 |

```
RESARF, INC.                        Rogue Pictures/Focus Features LLC     Saffer & Flint Accountancy Corp.
Ricahrd L Charnley                  Attn:  Managing Member                Attn:  Corporate Officer
Roper Majeski Kohn & Bently         100 Universal City Plaza, Bldg 9128   16030 Ventura Blvd., Suite 510
515 S Flower St #1100               Universal City, CA 91608-1002         Encino, CA 91436-4474
Los Angeles, CA 90071-2213


Screen Actors Guild                 Screen Actors Guild, Inc.             Screen Actors Guild-Producer Pension and Hea
Attn:  Authorized Agent             c/o J. Kohanski/D. Ahdoot             c/o J. Kohanski/D. Ahdoot
7065 Hollywood Blvd.                Bush Gottlieb Singer et al.           Bush Gottlieb Singer et al.
Los Angeles, CA 90028-6041          500 N. Central Ave., Ste. 800         500 N. Central Ave., Ste. 800
                                    Glendale, CA 91203-3345               Glendale, CA 91203-3345


Spillane Shaeffer et al             (p)CALIFORNIA STATE BOARD OF EQUALIZATION   Steven Strick
Attn:  Managing Partner             ACCOUNT REFERENCE GROUP MIC 29        9107 Wilshire Boulevard Suite 625
1880 Century Park E, #1004          P O BOX 942879                        Beverly Hills, CA 90210-5543
Los Angeles, CA 90067-1623          SACRAMENTO CA 94279-0029


The Penstock Group                  Thomson CompuMark                     Union Bank of California, NA
Attn:  Corporate Officer            Attn:  Corporate Officer              Attn:  Authorized Agent
1433 Merrifield Lane                P.O. Box 71892                        111 Old Eagle School Rd.
Marietta, GA 30062-2064             Chicago, IL 60694-1892                Wayne, PA 19087-1453


United States Trustee (LA)          United Talent Agency                  Warner Brothers Entertainment, Inc.
725 S Figueroa St., 26th Floor      Atn BJ Freedman/Freedman Taitelman    Attn:  Corporate Officer
Los Angeles, CA 90017-5524          1901 Avenue of the Stars, #500        4000 Warner Blvd
                                    Los Angeles, CA 90067-6027            Burbank, CA 91522-0001


Warner Independent Pictures, Inc.   Warner Specialty Films, Inc.          Winstead Sechrest et al
Attn:  Corporate Officer            4000 Warner Blvd.                     Attn:  Corporate Officer
4000 Warner Blvd., Bldg 76          Burbank, CA 91522-0001                108 West Front Street
Burbank, CA 91522-0001                                                    DeKalb, TX 75559-1308


Winthrop Couchot Prof Corp          Worldwide SPE Acquisitions, Inc.      Writers Guild of America
Attn:  RobertE. Opera, Esq.         Attn:  Corporate Officer              c/o Joe Kohanski and Bush
660 Newport Center Dr., #400        10202 Washington Blvd.                Gottlieb Singer Lopez et al.,
Newport Beach, CA 92660-6427        Culver City, CA 90232-3119            500 North Central Avenue, Suite 800
                                                                          Glendale, CA 91203-3345


Writers Guild of America West, Inc. Writers' Guild-Industry Health Fund   Zcleve
Attn:  Corporate Officer            and Producer-Writers Guild of America P   Attn:  Corporate Officer
7000 W 3rd St                       c/o J. Kohanski/D. Ahdoot             512 Muskingum Place
Los Angeles, CA 90048-4329          Bush Gottlieb Singer et al.           Pacific Palisades, CA 90272-4256
                                    500 N. Central Ave., Ste. 800
                                    Glendale, CA 91203-3345


Garrick A Hollander                 JONATHAN S SHENSON                    Marc J Winthrop
Winthrop Couchot                    KLEE TUCHIN BOGDANOFF & STERN LLP     660 Newport Center Dr Ste 400
660 Newport Center Dr Ste 400       1999 AVENUE OF THE STARS 33RD FLOOR   Newport Beach, CA 92660-6427
Newport Beach, CA 92660-6427        LOS ANGELES, CA 90067-6033


R Alexander Pilmer                  Richard H Golubow                     Robert E Opera
Kaye Scholer LLP                    Winthrop Couchot                      660 Newport Center Dr Ste 400
1999 Avenue of the Stars            660 Newport Center Drive Ste 400      Newport Beach, CA 92660-6427
Ste 1700                            Newport Beach, CA 92660-6427
Los Angeles, CA 90067-4622
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
450 N Street
PO Box 94287
Sacramento, CA 94279-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alliance Atlantis Releasing Ltd.          (u)Alliance Films, Inc.                     (u)Aurum Producciones, S.A.

(u)Courtesy NEF                               (u)MHF Zweite Academy Film GmbH & Co., KG   (u)Official Committee of Unsecured Creditors

(u)Paul Haggis Inc.                           (u)Worldwide SPE Acquisitions, Inc.         (u)Alliance Atlantis Releasing Ltd., dba Mome
                                                                                          Attn:  Authorized Agent
                                                                                          20 Soho Square
                                                                                          London, GB W1D 3QW

(u)Equity Pictures Medienfonds GmbH & Co. KG  (d)Resarf, Inc                              (u)Star Insurance Company
                                              Ricahrd L Charnley
                                              Roper Majeski Kohn & Bently
                                              515 S Flower St #1100
                                              Los Angeles, CA 90071-2213

(d)Warner Bros. Entertainment Inc.            (u)XL Reinsurance America Inc.              (u)David L Hahn Chapter 7 Trustee
4000 Warner Blvd.                                                                         Unknown
Bldg. 156, Rm. 5158
Burbank, CA 91522-0001

(u)James B. Robb                              (du)Paul Haggis                             (u)Tom Nunan

End of Label Matrix
Mailable recipients   119
Bypassed recipients    18
Total                 137