Jeremy V. Richards (CA Bar No. 102300)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: mpagay@pszjlaw.com

Counsel to John Hyde, Plan Agent

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Case No.: 2:10-12122-BR |
|---|---|
| PERSIK PRODUCTIONS, INC., fka BOB YARI PRODUCTIONS, | Chapter 11 |
| | **NOTICE OF (1) FINAL DISTRIBUTIONS TO HOLDERS OF ALLOWED CLASS 5 CLAIMS; AND (2) TERMINATION OF PLAN AGENT** |
| Reorganized Debtor. | **[No hearing required]** |

**PLEASE TAKE NOTICE** that John Hyde, in his capacity as the Plan Agent ("Plan Agent") under the terms of the *Debtor's Second Amended Chapter 11 Plan of Reorganization,* confirmed on May 26, 2011 [Docket No. 221] (the "Plan") in the case of Persik Productions, Inc., formerly known as Bob Yari Productions, the reorganized debtor in the above-captioned case ("Reorganized Debtor"), has completed final Distributions of the respective Pro Rata shares of Plan Fund Proceeds to the Holders of Allowed Class 5 Claims.

///

///

///

DOCS_LA:276710.1 69979/003

**PLEASE TAKE FURTHER NOTICE** that the Plan Agent has completed his administration of all properties and assets in the Plan Fund and that the Plan Agent is discharged from all responsibilities under the Plan pursuant to section 6.28 of the Plan.

Dated: October 3, 2014

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Malhar S. Pagay*

Malhar S. Pagay
Counsel to John Hyde, Plan Agent

DOCS_LA:276710.1 69979/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067**

A true and correct copy of the foregoing document **NOTICE OF (1) FINAL DISTRIBUTIONS TO HOLDERS OF ALLOWED CLASS 5 CLAIMS; AND (2) TERMINATION OF PLAN AGENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 3, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**2. SERVED BY U.S. MAIL**(indicate method for each person or entity served)**:**
On **October 3, 2014,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 3, 2014,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Mail**
The Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 3, 2014 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- David E Ahdoot    dahdoot@bushgottlieb.com, rsanthon@bushgottlieb.com
- Michael F Chekian    mike@cheklaw.com, msalanick@cheklaw.com
- Alicia Clough    alicia.clough@kayescholer.com
- Marc S Cohen    mcohen@kayescholer.com, dhernandez@kayescholer.com
- Ashleigh A Danker    adanker@dankerlawfirm.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Alan S Gutman    alangutman@gutmanlaw.com
- Garrick A Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, jsilver@bushgottlieb.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Ron Maroko    ron.maroko@usdoj.gov
- Robert E Opera    ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Yonaton M Rosenzweig    yoni.rosenzweig@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;megan@wsrlaw.net
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Howard Steinberg    hsteinberg@irell.com, laik@gtlaw.com;LALitDock@GTLAW.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster    pwebster@buchalter.com, smartin@buchalter.com
- Eric D Winston    ericwinston@quinnemanuel.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Melvin Yee    melvin@wagejustice.org

**II. SERVED BY U.S. MAIL:**

Richard Charnley
ROPERS MAJESKI KOHN & BENTLEY
515 S Flower St Ste 1100
Los Angeles, CA 90071

Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg 156, Rm. 5158
Burbank, CA 91522

Edward Wei
Nahai Law Group
10850 Wilshire Blvd Ste 1100
Los Angeles, CA 90024